# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
GOFIS, DEMETRI § Case No. 13-02953
§
_____Debtor(s)_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Elizabeth C. Berg, Trustee_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-02953 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | GOFIS, DEMETRI | | | Date Filed (f) or Converted (c): | 01/25/13 (f) |
| | | | | 341(a) Meeting Date: | 04/29/13 |
| For Period Ending: | 06/07/15 | | | Claims Bar Date: | 09/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 41 Kalidromiou St. Ground Floor Athens, Greece (30 | 13,333.00 | 13,333.00 | | 5,000.00 | FA |
| 2. Mixed Use 10401 S. Cicero Ave Oak Lawn, IL | 284,500.00 | 0.00 | | 0.00 | FA |
| Property held in Illinois land trust. SEE Asset No. 17 -- This scheduled asset is duplicate of Asset No. 17. | | | | | |
| 3. Approx. 7 Acres Roumanaga, Loukas Tripolis (Mantin | 22,332.00 | 20,000.00 | | 5,000.00 | FA |
| 4. Chase Bank, Checking Acct (...5127) | 485.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank, Checking Acct (...4057) | 52.50 | 0.00 | | 0.00 | FA |
| 6. Chase Bank, Savings Acct | 15.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods and Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 9. NY Life $100,000 Whole Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. River Source Variable Universal Life Insurance $1, | 11,353.00 | 0.00 | | 0.00 | FA |
| 11. 529 Account No. 1 | 5,124.00 | 5,124.00 | | 0.00 | FA |
| 12. 529 Account No. 2 | 5,057.00 | 5,057.00 | | 0.00 | FA |
| 13. Chase Bank, Roth IRA | 5,093.00 | 0.00 | | 0.00 | FA |
| 14. 17% Member of Gofis Brothers Realty Management: Pr | 2,500.00 | 0.00 | | 5,000.00 | FA |
| 15. 50% Member of GX Orland Park 3, LLC Property 1: Mu | 0.00 | 0.00 | | 0.00 | FA |
| 16. 50% Member of GX Orland Park 2, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17. 25% Interest in Suburbank Bank & Trust #74-3223 | 284,500.00 | 100,000.00 | | 60,000.00 | FA |
| Asset is a duplicate of scheduled asset no. 2. Debtor's interest in land trust mistakenly scheduled as both real estate on Schedule A and personal property on Schedule B. | | | | | |
| 18. 2013 Kia Optima | 20,000.00 | 0.00 | | 0.00 | FA |
| 19. Tax Refund (u) | 0.00 | 15,000.00 | | 20,000.00 | FA |
| Debtor's 1/2 Interest in 2012 Federal & State Tax Refund | | | | | |
| 20. Tax Refund (u) | 0.00 | 5.79 | | 5.79 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 18.04c

Case 13-02953   Doc 86   Filed 07/07/15   Entered 07/07/15 09:47:09   Desc Main
Document      Page 4 of 15

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

Case No: 13-02953 DRC   Judge: DONALD R. CASSLING  
Case Name: GOFIS, DEMETRI

Trustee Name: Elizabeth C. Berg, Trustee  
Date Filed (f) or Converted (c): 01/25/13 (f)  
341(a) Meeting Date: 04/29/13  
Claims Bar Date: 09/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. 2013 State of Illinois Income Tax Refund Tax Refund (u) 2013 Federal Tax Refund | 0.00 | 3,652.78 | | 3,652.78 | FA |

TOTALS (Excluding Unknown Values)   $656,144.50   $162,172.57   $98,658.57   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 30, 2014:  TR closed sale to Debtor's brother of Assets 1,3, 4 and 17 for total proceeds of $75,000.00:  TR challenged Debtor's allocation of income tax refunds as between himself and his non-filing spouse; Settled claim for refunds and collected $20,000 from Debtor;  All assets administered but trustee was unable to effectuate the transfer of parcels of Greek real estate (Assets 1 and 3) to brother under Greek law.  TR contacted Greek consulate in Chicago and retained special counsel for assistance in effectuating transfer.  Ultimately, Trustee disposed of the property pursuant to Section 725 of the Code and this Court's order dated 4/17/15.  Thereafter, Trustee resolved claim issues.

September 30, 2013:

EC Berg appointed successor in March 2013 upon retirement of former TR;  conducted 341 meeting thereafter. Trustee investigated the potential value of Debtor's interest in an Illinois land trust and the family real estate management LLC and (2) jointly owned properties located in Greece. Trustee is negotiating a sale of the Estate's right title and interest in all assets to Debtor's brother. Trustee anticipate a closing on sale by early December.  Plan to close case during first half of 22014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-02953 DRC Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg, Trustee |
| Case Name: | GOFIS, DEMETRI | Date Filed (f) or Converted (c): 01/25/13 (f) |
| | | 341(a) Meeting Date: 04/29/13 |
| | | Claims Bar Date: 09/13/13 |

Initial Projected Date of Final Report (TFR): 06/30/14   Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-02953 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | GOFIS, DEMETRI | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5935 Checking Account |
| Taxpayer ID No: | *******5591 | | |
| For Period Ending: | 06/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,990.00 | | 4,990.00 |
| 01/07/14 | 1, 3, 17 | Suburban Bank & Trust | Sale Proceeds - Real Estate | | 70,000.00 | | 74,990.00 |
| | | 150 Butterfield Road | | | | | |
| | | Elmhurst, IL 60126 | | | | | |
| | | GOFIS, ANDREW | Memo Amount: 60,000.00 | 1129-000 | | | |
| | | | Sale Proceeds - Land Trust (ABI) | | | | |
| | | GOFIS, ANDREW | Memo Amount: 10,000.00 | 1110-000 | | | |
| | | | Sale Proceeds - Real Estate | | | | |
| 01/08/14 | 005001 | Demetri Gofis | Debtor's Exemption | 8100-000 | | 2,500.00 | 72,490.00 |
| | | 38W435 Cloverfield | Gofis Bros. Realty Mgmt | | | | |
| | | Saint Charles IL 60175 | per ct order dtd 11/21/2013 | | | | |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 72,480.00 |
| 02/06/14 | 005002 | International Sureties, Ltd. | 2013 Bond Premium | 2300-000 | | 49.80 | 72,430.20 |
| | | Suite 420 | Bond Number: #016026455 | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 96.70 | 72,333.50 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 97.16 | 72,236.34 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 107.39 | 72,128.95 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 103.78 | 72,025.17 |
| 05/22/14 | 19 | Demetri Gofis | 1/2 INTEREST IN 2012 TAX RETURN | 1224-000 | 15,000.00 | | 87,025.17 |
| | | 38W435 Cloverfield | | | | | |
| | | Saint Charles IL 60175 | | | | | |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 114.27 | 86,910.90 |
| 06/17/14 | 19 | Demetri Gofis | SETTLEMENT - 1/2 INT TAX RETURN | 1224-000 | 5,000.00 | | 91,910.90 |
| | | 38W435 Cloverfield | | | | | |
| | | Saint Charles IL 60175 | | | | | |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 128.39 | 91,782.51 |

Page Subtotals 94,990.00 3,207.49

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 18.04c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-02953 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | GOFIS, DEMETRI | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5935  Checking Account |
| Taxpayer ID No: | *******5591 | | | |
| For Period Ending: | 06/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 136.46 | 91,646.05 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 136.25 | 91,509.80 |
| 09/12/14 | 005003 | United States Treasury | 2013 Federal Income Tax Due | 2810-000 | | 3,663.00 | 87,846.80 |
| | | | 2013 Form 1041 | | | | |
| | | | EIN: 46-7135591 | | | | |
| 09/12/14 | 005004 | ILLINOIS DEPARTMENT OF REVENUE | 2013 STATE INCOME TAX DUE | 2820-000 | | 3,806.00 | 84,040.80 |
| | | P.O. BOX 19053 | 2013 State Income Tax Due for the Estate of Demetri | | | | |
| | | SPRINGFIELD, IL 62794-9053 | Gofis (13-02953) | | | | |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 127.37 | 83,913.43 |
| 10/20/14 | 20 | State of Illinois | 2013 STATE OF ILLINOIS TAX REFUND | 1224-000 | 5.79 | | 83,919.22 |
| | | Judy Barr Topinka, Comptroller | | | | | |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 124.76 | 83,794.46 |
| 11/21/14 | 21 | UNITED STATES TREASURY | 2013 Federal Tax Refund | 1224-000 | 3,652.78 | | 87,447.24 |
| | | KANSAS CITY, MO | | | | | |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 122.31 | 87,324.93 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 129.81 | 87,195.12 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 129.64 | 87,065.48 |
| 02/20/15 | 005005 | Arthur B. Levine Company | 2015 Bond Premium | 2300-000 | | 74.24 | 86,991.24 |
| | | Adams Levine | | | | | |
| | | 60 East 42nd Street | | | | | |
| | | New York NY 10165 | | | | | |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 116.91 | 86,874.33 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 129.15 | 86,745.18 |

Page Subtotals    3,658.57    8,695.90

FORM 2

Page: 3

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-02953 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | GOFIS, DEMETRI | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5935 Checking Account |
| Taxpayer ID No: | *******5591 | | | |
| For Period Ending: | 06/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 70,000.00 | COLUMN TOTALS | | 98,648.57 | 11,903.39 | 86,745.18 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 4,990.00 | 0.00 | |
| | | | Subtotal | | 93,658.57 | 11,903.39 | |
| | | Memo Allocation Net: 70,000.00 | Less: Payments to Debtors | | | 2,500.00 | |
| | | | Net | | 93,658.57 | 9,403.39 | |

Page Subtotals    0.00    0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-02953 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | GOFIS, DEMETRI | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0309  Checking Account |
| Taxpayer ID No: | *******5591 | | |
| For Period Ending: | 06/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/20/13 | 14 | Andrew Gofis<br>Chase - Cashier's Check | SETTLEMENT: GOFIS BROS. REALTY MGMT | 1110-000 | 5,000.00 | | 5,000.00 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 4,990.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,990.00 | 0.00 |

|   |   |   |   |   |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 4,990.00 | |
| | | Subtotal | 5,000.00 | 10.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 5,000.00 | 10.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 70,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********5935 | 93,658.57 | 9,403.39 | 86,745.18 |
| | | Checking Account - ********0309 | 5,000.00 | 10.00 | 0.00 |
| Total Memo Allocation Net: | 70,000.00 | | 98,658.57 | 9,413.39 | 86,745.18 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  5,000.00  5,000.00

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*  Ver: 18.04c
LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 07, 2015 |

Case Number:  13-02953  
Debtor Name:  GOFIS, DEMETRI  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $8,057.93 | $0.00 | $8,057.93 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $8,057.93 | $0.00 | $8,057.93 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $49.80 | $49.80 | $0.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Adams Levine<br>60 East 42nd Street<br>New York NY 10165 | Administrative | | $74.24 | $74.24 | $0.00 |
| | Subtotal For Claim Type 2300-00  Bond Payments | | | $124.04 | $124.04 | $0.00 |
| 999<br>2810-00 | Department of the Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | Administrative | | $3,663.00 | $3,663.00 | $0.00 |
| | Subtotal For Claim Type 2810-00  Income Taxes - Internal Revenue | | | $3,663.00 | $3,663.00 | $0.00 |
| 999<br>2820-00 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield IL 62794-9053 | Administrative | | $3,806.00 | $3,806.00 | $0.00 |
| | Subtotal For Claim Type 2820-00  Other State or Local Taxes (post-pe | | | $3,806.00 | $3,806.00 | $0.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | voluntarily reduced amount; actual compensation for services rendered is $36,181.00 | $30,000.00 | $0.00 | $30,000.00 |
| | Subtotal For Claim Type 3110-00  Attorney for TR Fees (TR Firm) | | | $30,000.00 | $0.00 | $30,000.00 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $179.87 | $0.00 | $179.87 |
| | Subtotal For Claim Type 3120-00  Attorney for TR Expenses (TR | | | $179.87 | $0.00 | $179.87 |
| 001<br>3210-00 | Peter Metrou<br>Metrou & Associates<br>123 West Washington Street<br>Suite 216<br>Oswego IL 60543 | Administrative | | $825.00 | $0.00 | $825.00 |
| | Subtotal For Claim Type 3210-00  Attorney for TR Fees (Other Firm) | | | $825.00 | $0.00 | $825.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $2,058.00 | $0.00 | $2,058.00 |
| | Subtotal For Claim Type 3410-00  Accountant for TR Fees (Other | | | $2,058.00 | $0.00 | $2,058.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 07, 2015 |
|---|---|---|---|---|---|---|

Case Number: 13-02953  
Debtor Name: GOFIS, DEMETRI

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3420-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $5.50 | $0.00 | $5.50 |
| | Subtotal For Claim Type 3420-00  Accountant for TR Exp (Other | | | $5.50 | $0.00 | $5.50 |
| 000001<br>050<br>4210-00 | OLD PLANK TRAIL COMMUNITY BANK<br>FRANCIS J PENDERGAST III/CROWLEY&LAMB PC<br>221 N. LASALLE STREET, SUITE 1550<br>CHICAGO, ILLINOIS 60601 | Secured | claim withdrawn 1/9/14 | $0.00 | $0.00 | $0.00 |
| 000004A<br>050<br>4210-00 | Suburban Bank & Trust Company<br>c/o Clay Belongia<br>150 Butterfield Road<br>Elmhurst, IL 60126 | Secured | claim withdrawn 5/8/15 | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 4210-00  Personal Prop & Intang - | | | $0.00 | $0.00 | $0.00 |
| 000002<br>046<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Priority | claim amended to zero 5/6/15 | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 5800-00  Claims of Governmental Units - | | | $0.00 | $0.00 | $0.00 |
| 000003<br>070<br>7100-00 | TCF National Bank<br>c/o Ruff, Weidenaar & Reidy<br>222 N. LaSalle St. Ste 700<br>Chicago, IL 60601 | Unsecured | | $1,665,143.63 | $0.00 | $1,665,143.63 |
| 000005A<br>070<br>7100-00 | Andrew Gofis<br>7383 S. Madison St.<br>Willowbrook, IL 60527 | Unsecured | claim withdrawn 5/21/15 | $0.00 | $0.00 | $0.00 |
| 000006<br>070<br>7100-00 | Katherine Gofis<br>10029 S. Parke Ave<br>Oak Lawn, IL 60453 | Unsecured | claim withdrawn 5/21/15 | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>7100-00 | Nancy Gofis<br>10029 S. Parke Ave<br>Oak Lawn, IL 60453 | Unsecured | claim withdrawn 5/21/15 | $0.00 | $0.00 | $0.00 |
| 000008<br>070<br>7100-00 | Spiros Gofis<br>14100 S. 85th Ave.<br>Orland Park, IL 60462 | Unsecured | claim withdrawn 5/21/15 | $0.00 | $0.00 | $0.00 |
| 000009<br>070<br>7100-00 | Gofis Brothers Realty Management, LLC<br>10029 S. Parke Ave<br>Oak Lawn, IL 60453 | Unsecured | claim withdrawn 5/21/15 | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $1,665,143.63 | $0.00 | $1,665,143.63 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: June 07, 2015 |

Case Number: 13-02953
Debtor Name: GOFIS, DEMETRI

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $1,713,862.97 | $7,593.04 | $1,706,269.93 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-02953
Case Name: GOFIS, DEMETRI
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | OLD PLANK TRAIL COMMUNITY BANK | $ | $ | $ | $ |
| 000004A | Suburban Bank & Trust Company | $ | $ | $ | $ |

Total to be paid to secured creditors  $_____

Remaining Balance  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Accountant for Trustee Expenses: Popowcer Katten Ltd. | $ | $ | $ |
| Other: Department of the Treasury | $ | $ | $ |
| Other: Arthur B. Levine Company | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: Peter Metrou | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Department of the Treasury | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | TCF National Bank | $ | $ | $ |
| 000005A | Andrew Gofis | $ | $ | $ |
| 000006 | Katherine Gofis | $ | $ | $ |
| 000007 | Nancy Gofis | $ | $ | $ |
| 000008 | Spiros Gofis | $ | $ | $ |
| 000009 | Gofis Brothers Realty Management, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE