UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-02953 |
| Demetri Gofis, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor. | ) | Hearing Date: July 31, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant:          Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:      Estate

Date of Order Authorizing
Employment:               March 25, 2013

Period for Which
Compensation is sought:     March 25, 2013 to Close of Case

Amount of Fees sought:      $8,057.93

Amount of Expense
Reimbursement sought:       $0.00

This is an:     Interim Application __      Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: _$0.00__.

Dated:  July 7, 2015                    Elizabeth C. Berg, Trustee of the Estate of
                                       Demetri Gofis, Debtor


                                       By: ____/s/Elizabeth C. Berg, Trustee____
                                              Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Demetri Gofis, | ) | Case No. 13-02953 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | |
| | ) | Hearing Date: July 31, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of Final Compensation
of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as successor trustee ("Trustee") of

the estate ("Estate") of Demetri Gofis, debtor ("Debtor"), pursuant to sections 326 and 330 of

title 11, United States Code ("Code"), requests this Court to enter an order allowing and

authorizing payment to Trustee of $8,057.93 as final compensation for services rendered as

trustee in this case from March 25, 2013 through the close of this case.  In support thereof,

Trustee states as follows:

**Introduction**

1.      The Debtor commenced this case on January 25, 2013 by filing a voluntary

petition for relief under chapter 7 of the Code.

2.      Upon the commencement of the case, Charles Myler was appointed as the

interim chapter 7 trustee.  Mr. Myler served in said capacity until his resignation on March 25,

2013.  Thereafter, Elizabeth C. Berg was appointed successor trustee and remains the duly

appointed, qualified and acting chapter 7 trustee in this case.

3.      As of the commencement of this case, the Estate's assets of value consisted of:

the Debtor's interest in federal and state 2012 tax refunds which the Debtor asserted was

owned 50/50 with his non-filing spouse; and the Debtor's minority interest in certain real and

personal property co-owned with various family members.

4.      The bar date for filing claims in this case was September 13, 2013.

**Prior Compensation**

5.    This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.    Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case.

**Services Rendered by Trustee**

7.    Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate.  Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A.  The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.    Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities; the Debtor's Statements of Financial Affairs; and conducted an examination of the Debtor pursuant to Section 341 of the Code;

B.    Trustee investigated and liquidated all assets of value to the Estate; upon her appointment, the Trustee investigated the Debtor's interest in a partial interest in two (2) parcels of improved real property located in Greece ("Greek Properties"); a 25% beneficial interest in an Illinois Land Trust ("Trust") which held legal title to a parcel of real estate improved by a multi-tenant retail property located at 10401-10415 S. Cicero Avenue, Oak Lawn, Illinois ("Oak Lawn Property"); a 17% interest in Gofis Brothers Realty Management LLC, an Illinois series limited liability company ("Gofis Bros."); and an interest in the dissolved Illinois limited liability company known as GB Real Estate, LLC (collectively, the "Family Properties").  With the assistance of her attorneys, Trustee reviewed and analyzed information and documentation including Trust agreements, lien documents, appraisals, tax returns and financial statements regarding the Family Properties with a focus on the Trust because it was the most valuable asset.  The Trustee determined that the Oak Lawn Property ("Oak Lawn Property") had an

appraised value between $1,100,000.00 and $1,600,000.00 and was encumbered by three mortgages: (1) a first mortgage in favor of Suburban Bank & Trust Company ("Suburban Bank") in the approximate amount of $300,000.00; (2) a second mortgage in favor of Old Plank Community Bank, ("Old Plank") in the approximate amount of $310,000.00; and (3) a third mortgage in favor of Suburban Bank in the approximate amount of $200,000.00 for total mortgages of approximately $810,000.00. Considering the potential equity to the Estate, in August 2013, the Trustee filed a motion to employ a real estate broker and for authority to list the Oak Lawn Property for sale. The co-beneficiaries to the Trust, Andrew Gofis, the Debtor's brother who held a 25% beneficial interest and Spiros Gofis, the Debtor's uncle, who held a 50% beneficial interest, objected to the Trustee's proposed listing and sale of the Oak Lawn Property on the basis that the second mortgage was duly executed and delivered by the land trustee of the Trust with the consent and at the direction of all the Trust's beneficiaries; however, it was granted to secure amounts advanced by Old Plank to Debtor under a promissory note which was signed by Debtor but not by any of the other Trust beneficiaries. For that reason, the co-beneficiaries argued that any sale to a third party would require that the Debtor solely would be obligated to satisfy the second mortgage and, accordingly, there would be no equity to the Estate. Because of the objection filed, the Trustee continued her motion and commenced pursuing a global settlement with Andrew and Spiros Gofis for a sale of the Debtor's interest in the Family Properties. The Trustee met with counsel for Andrew and Spiro and conducted an in-depth review of the claims filed against the Estate by family members and supporting documents to the claims as well as the mortgages attaching to the Oak Lawn Property. After extensive negotiation, the Trustee successfully negotiated a reasonable settlement with Andrew Gofis to sell the Estate's interest in the Family Properties for the total sale price of $75,000.00 and for the withdrawal of claims by family members which exceeded $4.5 million. This Court approved the Trustee's proposed settlement pursuant to an order dated November 21, 2013. The sale of the Family Properties to Andrew Gofis included a sale of the Debtor's interest in the

3

Greek Properties.  The portion of the gross sale proceeds attributable to the Greek Properties was $10,000.00.  The Trustee recovered the full sale proceeds from Andrew in December 2013 at which time the Trustee transferred title to Andrew in the Oak Lawn Property and transferred the Debtor's ownership interest in Gofis Bros.  However, due to procedural obstacles unknown to the Trustee at the time of the settlement, the Trustee was unable to transfer title to the Greek Properties at the time of closing the sale in December 2013.  Accordingly, the Trustee agreed to transfer the title to the Greek Properties at a later time.  After considerable time and effort, consultation with her counsel and exhaustive research, the Trustee concluded that the only way to execute title transfer documents that would be accepted in Greece for the transfer of title from the Estate to Andrew Gofis would require the Trustee, as seller, to appear before a notary public in Greece with Andrew Gofis, as buyer.  Because the Trustee was unable to close this case until the Greek Properties had been disposed of the Estate's interest and, it was not feasible for the Trustee to travel to Greece, the Trustee investigated alternatives to transferring title to Andrew Gofis.  Ultimately, Trustee obtained court authority, pursuant to an order dated April 17, 2015, authorizing her to dispose of the Greek Properties pursuant to section 725 of the Code.

C.      Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.      Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.      Trustee examined, analyzed and verified proofs of claim filed against the Estate; Trustee, with the assistance of her attorneys, resolved all claims issues without the need for formal claim objections; Trustee, as part of the sale of the Family Properties to Andrew Gofis, as more fully described above, negotiated for and procured the withdrawal of more than $4.5 million in claims asserted by 5 family members; Trustee determined that the IRS claim docketed as claim #2 asserted an unsecured priority claim for failure to file income tax returns;

4

however, subsequent to the IRS's filing of claim #2, the Debtor filed tax returns for the period

claimed; accordingly, the Trustee contacted the IRS to notify the agency of her objection to the

claim and the IRS voluntarily withdrew claim #2; also, Suburban Bank filed a claim, docketed as

claim #4, which asserted a secured proof of claim attaching to the Oak Lawn Property; the

Trustee was aware that at the time Andrew Gofis purchased the Estate's interest in the Family

Properties, Suburban Bank refinanced the outstanding mortgages on the Oak Lawn Property;

as a result, claim #4 was no longer a valid secured claim against the Estate; the Trustee

contacted counsel for Suburban Bank and procured the withdrawal of claim #4;

      F.     Trustee attended to tax matters including hiring a tax accountant and

overseeing the preparation of Estate tax returns; in addition, the Trustee investigated the

Debtor's interest in the joint federal and state 2012 tax refunds issued to Debtor and his non-

filing spouse ("Dina") in the aggregate amount of $34,166.00; the Debtor and Dina asserted that

the tax refunds should be allocated equally between them; Trustee conducted an analysis of the

Debtor's tax returns and applicable case law to determine the appropriate allocation of the 2012

tax refunds.  Based upon her examination, Trustee contended that the full value of the 2012 tax

refunds received by Debtor and Dina, less $2,000.00 attributable to a child tax credit, was on

account of pre-petition losses realized from a failed business venture of the Debtor and that the

tax attributes from those losses were property of the Estate. Because the law was divided with

respect to allocation of joint tax returns and there was no binding precedent in Illinois from the

Seventh Circuit Court of Appeals or federal district courts for the Northern District of Illinois, the

Trustee determined that the likelihood of prevailing on this issue and ultimately, recovering the

full 2012 tax refunds, less the child tax credit, was uncertain. Accordingly, the Trustee engaged

in negotiations with the Debtor and Dina and in the end, obtained this Court's approval to

compromise with the Debtor for a turnover of $20,000.00 in full and final satisfaction of the

Estate's interest in the 2012 tax refunds.

G.      Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

## Funds Collected and Disbursed by Trustee

8.      Trustee has collected the sum of $98,658.57 on behalf of the Estate.  Trustee has made $9,413.39 in disbursements in this case as of the date hereof.

9.      Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

## Compensation Requested

10.     During the period covered by this Application, Trustee spent 79.80 hours rendering services on behalf of this Estate with a value of $23,954.00.  Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11      The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, less the $2,500.00 paid to Debtor on account of his claimed exemption in Gofis Bros. which was a component of the Family Properties sold, is $8,057.93 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $45,000.00 | $4,500.00 |
| 5% of the next $46,158.57 | $2,307.93 |
| Total allowable compensation | $8,057.93 |

12.     Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $8,057.93.  Subsequent to her appointment, the prior trustee, Charles Myler, advised the Trustee that he does not intend to seek any portion

of the compensation allowable under section 326 of the Code for his services rendered to the Estate as interim trustee from January 25, 2013 through March 24, 2013.

13.    The amount requested represents reasonable compensation for the services rendered by Trustee and equal to the maximum compensation allowable as set forth in paragraph 11 above.

14.    After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to the Estate's general unsecured creditor. Trustee does not anticipate that there will be a surplus of funds returned to the Debtor.

15.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

16.    Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

17.    The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

18.    Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Demetri Gofis, requests the entry of an order providing the following:

A.    Allowing to Trustee final compensation in the amount of $8,057.93 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from March 25, 2013 through the closing of this case;

B.    Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case; and

7

C      For such other and further relief as this Court deems appropriate.

Dated:  June 9, 2015       Elizabeth C. Berg, as trustee of the estate of
Demetri Gofis, debtor

By:         /s/ Elizabeth C. Berg, as Trustee
           Elizabeth C. Berg

Elizabeth C. Berg
Attorney I.D. No. 6200886
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150

**Fax:** (312) 470-6323

**FEIN:** 36-4352753

---

***Invoice submitted to:***

June  4, 2015

Invoice No:    02599

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Gofis - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 4/03/2013 | ECB | Additional review of Debtor's schedules (.2) Preliminary review of documents rec'd from prior Trustee (.3) | 0.50 $325.00/ hr | $162.50 |
| 4/17/2013 | ECB | Confer with RKP re case background (.1) and prep of motion to extend time to object to discharge (.1) | 0.20 $325.00/ hr | $65.00 |
| 4/26/2013 | ECB | Initial telephone conference with Debtors' counsel Bob Benjamin re debtor's assets and 341 meeting (.2) Teleconference with attorney P. Metrou regarding sales of property in Greece (.3) | 0.50 $325.00/ hr | $162.50 |
| 4/29/2013 | ECB | Prepare for (.7) and conduct 341 meeting (.5) | 1.20 $325.00/ hr | $390.00 |
| 5/08/2013 | ECB | Review and approve motion to hire attorneys | 0.10 $325.00/ hr | $32.50 |
| 5/09/2013 | ECB | Review schedules and notes from 341 meeting (.4) Review documents supplied by predecessor trustee, including tax returns for 2010 and 2011, paystubs, land trust agreement, operating agreements for LLC interests, documentation regarding value of Greek properties | 3.50 $325.00/ hr | $1,137.50 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 5/10/2013 | ECB | Continued review of Debtor's properties, focus on Trust 74-3223 property at 10401 S. Cicero, Oak Lawn; Review cook county recorders web site, mortgage cox and UCC recordings | 2.00 $325.00/ hr | $650.00 |
| 5/13/2013 | ECB | Teleconference with Fran Pendergast, counsel for Old Plank Bank, re history and status of mortgage loan against Oak Lawn property (.4)  Confer with counsel re potential sale of property out of land trust (.3) Teleconference with C. Feeley, counsel for Suburban Bank &Trust re potential sale of Oak Law Property and status of other 7 loans with debtor and/or debtor-related entities (.3) | 1.00 $325.00/ hr | $325.00 |
| 5/13/2013 | ECB | Review loan documents for Old Plank Bank | 1.20 $325.00/ hr | $390.00 |
| 5/14/2013 | ECB | Exchange emails with F. Pendergast re Old Plank's appraisal | 0.10 $325.00/ hr | $32.50 |
| 5/15/2013 | ECB | Telephone call to B. Benjamin re extension of time to enter into reaffirmations agreements, request for additional tax returns for LLC's and status of Trustee investigation | 0.10 $325.00/ hr | $32.50 |
| 5/17/2013 | ECB | Telephone call to Debtor's counsel regarding equity and potential sale of Oak Lawn property | 0.10 $325.00/ hr | $32.50 |
| 5/20/2013 | ECB | Teleconference with T. D'Augustino, counsel for debtor, re status of document request and turnover of rent rolls (.2) Telephone call to F. Pendergast re same (.1) | 0.30 $325.00/ hr | $97.50 |
| 5/20/2013 | ECB | Review appraisal of 10401 S. Cicero, Oak Lawn | 1.00 $325.00/ hr | $325.00 |
| 5/22/2013 | ECB | Review of additional tax returns and operating agreements supplied by Debtor's counsel | 1.30 $325.00/ hr | $422.50 |
| 5/23/2013 | ECB | Respond to email from counsel for Old Plank re post-petition payments and payoff balance on 2nd mortgage | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| Date | | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 5/29/2013 | ECB | Meet with counsel and discuss ability to sell property owned in land trust as undivided interest under section 363(h) | 0.10<br>$325.00/ hr | $32.50 |
| 5/31/2013 | ECB | Review Gofis Brothers 2010 and 2011 tax returns (.8) Teleconference with Bob Benjamin re 10401 S. Cicero, Oak Lawn property (.2) Confer with counsel re potential buyout scenarios (.3) | 1.30<br>$325.00/ hr | $422.50 |
| 6/05/2013 | ECB | Review appraisals on Greek properties in Athens and Tripolis (.1) Correspondence with Peter Metrou re same (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 6/05/2013 | ECB | Confer with counsel re research on Trustee ability to conduct 363(h) sale of property jointly held in land trust | 0.20<br>$325.00/ hr | $65.00 |
| 6/07/2013 | ECB | Meet with JAB regarding potential sale of Oak Lawn property held in land trust; Review documents, land trust agreement and tax returns (1.2) Conference call with Debtor's counsel B. Benjamin re difficulties with direct sale of 25% interest in land trust to other beneficiaries in light of 2nd mortgage ballooning (.3) | 1.50<br>$325.00/ hr | $487.50 |
| 6/07/2013 | ECB | Review research re trustee sales under 363 (h) in connection with land trust (.7) Confer with JDL re same (.2) | 0.90<br>$325.00/ hr | $292.50 |
| 6/11/2013 | ECB | Conference call with counsel to Debtor and Debtor's counsel re issues relative to liquidating interest in land trust owning 10401 S. Cicero  (1.2) Review Old Plank Loan documents and Tax Returns for Gofis Bros. Mgmt and confer with counsel re same (.5) | 1.70<br>$325.00/ hr | $552.50 |
| 6/11/2013 | ECB | Emails to Debtor's counsel and Estate's counsel to confirm conference call re Oak Lawn Property | 0.20<br>$325.00/ hr | $65.00 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| Date | | | | |
|---|---|---|---|---|
| 6/13/2013 | ECB | Review and respond to F. Pendergast email with detailed status report on efforts to identify issues with Oak Lawn Property, discussions with Debtor and potential of sale (.5) Extended Teleconference with F. Pendergast re same (.5) | 1.00 $325.00/ hr | $325.00 |
| 6/14/2013 | JMM | Preliminary review of Reaffirmation Agreements (.5) | 0.50 $175.00/ hr | $87.50 |
| 7/01/2013 | ECB | Preliminary review of additional documents provided by counsel for Debtor regarding the Oak Lawn property (.1) Email to d's counsel confirming receipt of same (.1) | 0.20 $325.00/ hr | $65.00 |
| 7/02/2013 | ECB | Teleconference with Fran Pendergast re recent additional document production by Debtor on Oak Lawn property | 0.20 $325.00/ hr | $65.00 |
| 7/05/2013 | ECB | Review and respond to email from Tony D'Augustino, debtor's counsel, regarding land trust documentation for Oak Lawn property | 0.20 $325.00/ hr | $65.00 |
| 7/09/2013 | ECB | Teleconference with Peter Metro re investigation into Greek properties (.4) and potential retention as special counsel to estate for negotiation of sale in Greece | 0.50 $325.00/ hr | $162.50 |
| 7/12/2013 | ECB | Email to C. Feeley to follow up on land trustee information (.1) Email to Tony D'Agostino to follow up on yesterday's meeting in Geneva (.1) | 0.20 $325.00/ hr | $65.00 |
| 7/15/2013 | ECB | Review agreement amongst land trust beneficiaries regarding treatment of 2nd mortgage amongst partners (.1) confer with counsel re same (.2) | 0.30 $325.00/ hr | $97.50 |
| 7/22/2013 | ECB | Telephone call to Cynthia Feeley re land trust department | 0.10 $325.00/ hr | $32.50 |
| 7/23/2013 | ECB | Teleconference with Cynthia Feeley re Suburban Bank land trust department contact and status of sale efforts | 0.20 $325.00/ hr | $65.00 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 8/05/2013 | ECB | Teleconference with realtor Dan McKay re potential retention as broker for 10401 S. Cicero Property; Set up meeting to discuss and execute Listing Agreement (.2) Correspondence to D. McKay re history of case and property (.3) | 0.50 $325.00/ hr | $162.50 |
| 8/05/2013 | ECB | Teleconference with co-beneficiary and brother of debtor, Andrew Gofis, regarding family's inability to buyout Estate's interest, Trustee intention to sell property and status of payment of RE taxes (.2) Memo to file re same (.2)  Teleconference with T. D'Augustino re unpaid RE taxes and status of retention of broker | 0.60 $325.00/ hr | $195.00 |
| 8/05/2013 | ECB | Telephone call to Chicago Trust Company to inquire re required consents and documentation needed in connection with Trustee request to produce (.1) Follow-up email to Linda Pitrowski  @ Chicago Trust re same (.1) | 0.20 $325.00/ hr | $65.00 |
| 8/06/2013 | ECB | Review notes, leases,documents and organize file for 10401 S. Cicero Avenue Oak Lawn Property | 0.60 $325.00/ hr | $195.00 |
| 8/06/2013 | ECB | Prep memo to counsel re status of case and preparation of retention motions for RE broker and special counsel | 0.30 $325.00/ hr | $97.50 |
| 8/06/2013 | ECB | Email to Fran Pendergast regarding case status and Trustee motion to retain broker | 0.20 $325.00/ hr | $65.00 |
| 8/13/2013 | ECB | Teleconference with Bob Benjamin to follow up on document request, advise of unpaid real estate taxes and discuss potential adversary proceeding | 0.30 $325.00/ hr | $97.50 |
| 8/13/2013 | ECB | Initial meeting with broker and counsel regarding listing property, condition and strategy w/ family members; | 1.00 $325.00/ hr | $325.00 |
| 8/14/2013 | ECB | Telephone call to F. Pendergast re status of retention of McKay Realty (.1) Email to Dan McKay to follow up meeting on 8/13/13 | 0.20 $325.00/ hr | $65.00 |

**Baldi Berg, Ltd**

Gofis - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 8/15/2013 | ECB | Prepare correspondence to Andrew Gofis regarding Trustee's intent to sell property at 10401 S. Cicero, Oak Lawn and inquire into status of legal representation of family members | 0.50 $325.00/ hr | $162.50 |
| 8/15/2013 | ECB | Teleconference with Peter Metrou re retention as special counsel (.2) Revise retention motion and affidavit for for same (.2) | 0.40 $325.00/ hr | $130.00 |
| 8/15/2013 | ECB | Confer with counsel re terms of Listing Agreements; Approve revisions to same (.3) Review and revise motion to retain broker (.2) | 0.50 $325.00/ hr | $162.50 |
| 8/16/2013 | ECB | Review and respond to email from D's Counsel regarding additional document request, status of 2nd installment real estate taxes and income/expense status for property at 10401 S. Cicero. | 0.60 $325.00/ hr | $195.00 |
| 8/16/2013 | ECB | multiple teleconferences with Fran Pendergast regarding Notice of Cancellation of Insurance and placement of forced-place insurance  (.1) Review cancellation notice and debtor's recent correspondence re placement of Estate as additional loss payee on same (.2) Teleconference with Bob Benjamin re status of coverage (.1) | 0.40 $325.00/ hr | $130.00 |
| 8/16/2013 | ECB | Place call to Thomas Tribble of Trustee Insurance to inquire into placement of insurance for 10401 S. Cicero Avenue | 0.10 $325.00/ hr | $32.50 |
| 8/16/2013 | ECB | Teleconference with Jonathon Golding, counsel for Andrew and Spiros Gofis, regarding Motion to Hire Broker and formal objection filed thereto; Discuss potential for global settlement with family members; Agree to continuance on motion and objection | 0.40 $325.00/ hr | $130.00 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 8/19/2013 | ECB | Teleconference with Fran Pendergast re status of insurance, payment of outstanding 2012 taxes, Ar-Be lease negotiations and prospects for settlement with family members | 0.40 $325.00/ hr | $130.00 |
| 8/19/2013 | ECB | Email to special counsel P. Metrou re settlement prospects with family members, including purchase of estate's interes in Greece properties | 0.20 $325.00/ hr | $65.00 |
| 8/19/2013 | ECB | Teleconferences with McKay Realty re settlement discussions with family members and need to hold off on listing | 0.20 $325.00/ hr | $65.00 |
| 8/19/2013 | ECB | Review Ar-be lease re terms of option to extend (.2) Review email from Debtor's counsel and current rent roll and income & expense statements (.3) Teleconference with Fran Pendergast (.1) | 0.50 $325.00/ hr | $162.50 |
| 8/23/2013 | ECB | Email to J. Golding re continuance on Motion to Hire Broker and scheduling meeting to discuss settlement (.2) Email to P. Metrou to confirm retention as special counsel (.1) | 0.30 $325.00/ hr | $97.50 |
| 8/23/2013 | ECB | Teleconference with Cynthia Feeley re potential settlement with family and Suburban Bank's position regarding refinance of Old Plank debt (.3) Compile financials and forward same to C. Feeley (.2) | 0.50 $325.00/ hr | $162.50 |
| 8/27/2013 | ECB | Confer with counsel re meeting with counsel for Andrew & Spiros Gofis | 0.10 $325.00/ hr | $32.50 |
| 8/29/2013 | ECB | Email to J. Golding to follow up 8/29/13 meeting | 0.20 $325.00/ hr | $65.00 |
| 8/29/2013 | ECB | Review valuation on Athens rec'd from counsel for Spiros & Andrew Gofis rec'd from J. Golding (.1) Email to special counsel P. Metrou re same (.2) | 0.30 $325.00/ hr | $97.50 |

**Baldi Berg, Ltd**

Gofis - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 8/29/2013 | ECB | Prepare for and attend meeting with Jonathon and Rick Golding to discuss legal issues surrounding Trustee's proposed sale of property and potential global settlement with Spiros and Andrew Gofis | 2.50 $325.00/ hr | $812.50 |
| 9/11/2013 | ECB | Review emails from Jonathan Golding and update on payment of real estate taxes for 10401 S. Cicero (.3) Update spreadsheet on same (.1) . | 0.40 $325.00/ hr | $130.00 |
| 9/16/2013 | ECB | Teleconference with Fran Pendergast re status of settlement negotiations, outstanding RE taxes and refinance efforts of family members | 0.20 $325.00/ hr | $65.00 |
| 9/17/2013 | ECB | Teleconference with Jonathon Golding regarding basis of family members proofs of claim (.1) | 0.10 $325.00/ hr | $32.50 |
| 9/17/2013 | ECB | In depth review of claims and supporting documentation of TCF regarding GX Orland Park 2 & 3 loans (.5)  IRS (.1) Suburban Bank & Trust (1.5) and Gofis Family Members (.5) Confer with counsel re family claims and GBRMS claim (.3) | 2.90 $325.00/ hr | $942.50 |
| 9/17/2013 | ECB | Import claims from Bankruptcy Court claims register and update Trustee's database re same (.3) Review anticipated administrative claims and update Trustee database to include same (.4) | 0.70 $325.00/ hr | $227.50 |
| 9/20/2013 | ECB | Recalculate settlement scenarios with payment and tax variables (.3) Email to J. Golding with counter offer to settle with Gofis family (.2) | 0.50 $325.00/ hr | $162.50 |
| 9/23/2013 | ECB | Teleconference with F. Pendergast re status of settlement negotiations with family and payment of remaining RE taxes ion 10401 S. Cicero Avenue | 0.20 $325.00/ hr | $65.00 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 9/24/2013 | ECB | Review and respond to J. Golding email re status of refinance and settlement negotiations with family (.2) Review Old Plank payoff letter in connection with proposed refinance (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 9/27/2013 | ECB | Review email from J. Golding and status of settlement negotiations and family's efforts to refinance the 10401 S. Cicero property (.1) Respond to same (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 10/01/2013 | ECB | Teleconference with Jonathan Golding regarding status of sale negotiations, Suburban Bank desire to remove Debtor prior to refinance,  allocation of sale price between family members and mechanism of private sale to finalize deal | 0.50<br>$325.00/ hr | $162.50 |
| 10/01/2013 | ECB | Second teleconference with J. Golding to confirm agreement on purchase price for Estate's assets, continuance of motion to hire realtor and scheduling conference call for all parties to iron details of sale | 0.40<br>$325.00/ hr | $130.00 |
| 10/02/2013 | ECB | Teleconference with Fran Pendergast re 10/3 hearing on motion to hire broker and status of sale negotiations with family (.2) Email to J. Golding re same (.2) | 0.40<br>$325.00/ hr | $130.00 |
| 10/04/2013 | ECB | Confer with counsel re ability to remove debtor under Gofis Bros. Realty Management operating agreement (.3) Conference call to Counsel for Andrew Gofis re scheduling conference call with banks and possible removal of D (.3) | 0.60<br>$325.00/ hr | $195.00 |
| 10/07/2013 | ECB | Teleconference with F. Pendergast, counsel for Old Plank Bank, re status of refinance efforts | 0.20<br>$325.00/ hr | $65.00 |
| 10/07/2013 | ECB | Teleconference with J. Golding re methods to remove debtor from management of Gofis Bros. Realty Management, as condition to sale and settlement with family | 0.50<br>$325.00/ hr | $162.50 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 10/09/2013 | ECB | Confer with counsel re prep of settlement agreement and motion to settle | 0.30<br>$325.00/ hr | $97.50 |
| 10/09/2013 | ECB | Exchange emails with counsel for A. Gofis re meeting with Suburban Bank on refinance | 0.10<br>$325.00/ hr | $32.50 |
| 10/15/2013 | ECB | Confer with counsel re timing of prep of settlement agreement and motion to approve same | 0.10<br>$325.00/ hr | $32.50 |
| 10/16/2013 | ECB | Teleconference with Fran Pendergast re status of settlement and Gofis family refinancing | 0.20<br>$325.00/ hr | $65.00 |
| 10/16/2013 | ECB | Email (.1) and teleconference (.4) with J. Golding re prospective buyer's meeting with Suburban Bank and receipt  verbal okay to proceed with proposed buyout of Old Plank debt; Discuss timing for closing and procedural requirements for hearing on motion to sell (.2) teleconference with Counsel for Suburban Bank to confirm bank's position to proceed with loan and sale agreement (.2) Additional teleconference with counsel for Andrew Gofis to discuss mechanics and terms for sale agreement (.5) | 1.40<br>$325.00/ hr | $455.00 |
| 10/21/2013 | ECB | Confer with counsel re terms of sale agreement with Andrew Gofis and motion to approve same ; Email to J. Golding re same | 0.20<br>$325.00/ hr | $65.00 |
| 10/21/2013 | ECB | Email to J. Golding re specific identification of purchaser under sale agreement | 0.10<br>$325.00/ hr | $32.50 |
| 10/22/2013 | ECB | Research status of outstanding Oak Lawn real estate taxes | 0.50<br>$325.00/ hr | $162.50 |
| 10/22/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90<br>$175.00/ hr | $157.50 |

**Baldi Berg, Ltd**

Gofis - Trustee Matters

| 10/23/2013 | ECB | Make final revisions to sale agreement (.6) Confer with counsel re same (.1) Telephone call to counsel for buyer (.1) | 0.80 $325.00/ hr | $260.00 |
| 10/25/2013 | ECB | Review, revise and finalize case annual report (.5) File same with court (.1) and submit to UST office (.1) | 0.70 $325.00/ hr | $227.50 |
| 10/29/2013 | ECB | Review and revise Motion to Sell Estate Assets | 0.60 $325.00/ hr | $195.00 |
| 10/30/2013 | ECB | Conference with counsel re provision on claims withdrawal in sale agreement (.1) email to Jonathan Golding re same (.1) | 0.20 $325.00/ hr | $65.00 |
| 11/13/2013 | ECB | Email counsel for Andrew Gofis re status of Suburban Bank loan approval | 0.10 $325.00/ hr | $32.50 |
| 11/15/2013 | ECB | Final review and execution of Sales Agreement; Prep delivery of same to counsel for Andrew Gofis | 0.50 $325.00/ hr | $162.50 |
| 11/19/2013 | ECB | Review and respond to email re Andrew Gofis loan approval (.2) Email to C. Feeley, counsel for Suburban Bank re hearing on sale motion and scheduling closing (.1) Telephone call to Fran Pendergast, counsel for Old Plank re loan approval (.1) | 0.40 $325.00/ hr | $130.00 |
| 11/20/2013 | JMM | Request EIN from IRS (.1), Request New Bank Account from Congressional (.1), Open New Bank Account and Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.40 $175.00/ hr | $70.00 |
| 11/22/2013 | ECB | Teleconference with F. Pendergast to confirm approval of sale, withdrawal of motion to hire broker and discuss details of closing (.2) Email to Buyer's attorney re approval of sale and request to extend closing deadline (.2) | 0.40 $325.00/ hr | $130.00 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

Page    12

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/2013 | ECB | Teleconference with The Chicago Trust Company,  land trustee,  re required documentation to transfer beneficial interest in land trust (.2)  Prepare formal letter to land trustee regarding sale and proposed ABI (.4) | 0.50 $325.00/hr | $162.50 |
| 11/25/2013 | ECB | Emails to F. Pendergast (.1) and Jonathan Golding (.1) re upcoming closing on sale of estate assets | 0.20 $325.00/hr | $65.00 |
| 11/26/2013 | ECB | Confer with counsel re prep of power of attorney and other Selling closing documents (.2) Memo to JMM re obtaining transfer stamps of exemption from Village of Oak Lawn (.2) | 0.40 $325.00/hr | $130.00 |
| 12/04/2013 | ECB | Review POWER OF ATTORNEY form for use in closing with Andrew Gofis | 0.10 $325.00/hr | $32.50 |
| 12/07/2013 | ECB | Open, review and approve Nov13 bank statement | 0.10 $325.00/hr | $32.50 |
| 12/07/2013 | ECB | Review and revise power of attorney for closing; memo to counsel re same (.1) ; review and approve buyer's requested changes on ABI form (.1) | 0.20 $325.00/hr | $65.00 |
| 12/10/2013 | ECB | Teleconference with Cynthia Feeley re status of closing date (.1) Email transfer tax exemptions re same (.1) | 0.20 $325.00/hr | $65.00 |
| 12/10/2013 | JMM | Process November 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 12/19/2013 | ECB | Review email from counsel re status of closing (.1) Email J Golding re same (.1) | 0.20 $325.00/hr | $65.00 |
| 12/26/2013 | ECB | Telephone call to J. Golding to inquire into status of closing | 0.10 $325.00/hr | $32.50 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| Date | Initials | Description | Hours / Rate | Amount |
|------|----------|-------------|--------------|--------|
| 12/27/2013 | ECB | Teleconference with Cynthia Feeley re status of loan documentation for refinance and date for closing | 0.20 $325.00/ hr | $65.00 |
| 12/27/2013 | JMM | Consult w/ ECB re: Recording of Facsimile (.3), Meet w/ Andrew Gofis re: Signing Docs (.1), Trip to Cook County Recorder re: Record Facsimile (.3), Compile FedEx Mailing Label (.1), Send to Chicago Trust via FedEx (.1) | 0.90 $175.00/ hr | $157.50 |
| 1/03/2014 | ECB | Exchange emails re confirmation of closing and arrangements for delivery of proceeds to Trustee | 0.10 $325.00/ hr | $32.50 |
| 1/07/2014 | ECB | Receive and process sale proceeds from Andrew Gofis (.1) Email to J. Golding re same and arrange for delivery of original Assignment of LLC interests (.2) | 0.30 $325.00/ hr | $97.50 |
| 1/07/2014 | JMM | Deposit Check into TCMS and Associated Bank (.2) | 0.20 $175.00/ hr | $35.00 |
| 1/08/2014 | ECB | Prep exemption check and transmittal of same to B. Benjamin (.3)  Correspondence to  Benjamin regarding D's tax returns for 2011 and 2012 (.1) | 0.40 $325.00/ hr | $130.00 |
| 1/13/2014 | ECB | Review and approve Dec 13 bank statement | 0.10 $325.00/ hr | $32.50 |
| 1/14/2014 | ECB | Confirm dollar amount of transfer of estate funds to Associated Bank | 0.10 $325.00/ hr | $32.50 |
| 1/17/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30 $175.00/ hr | $52.50 |
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to L. Berg and L. West re: same (.1); compile documents as needed for accountant analysis of estate tax obligation (.1) | 0.30 $195.00/ hr | $58.50 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 2/06/2014 | ECB | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20 $325.00/ hr | $65.00 |
| 2/10/2014 | ECB | Open and approve Jan14 bank statement | 0.10 $325.00/ hr | $32.50 |
| 2/10/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/21/2014 | ECB | Memo to estate's accountant re prep of 2013 tax returns | 0.10 $325.00/ hr | $32.50 |
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/06/2014 | RKP | Review email from E. Berg re: tax return preparation; prepare documents as needed by accountant and email to L. West re: same | 0.10 $195.00/ hr | $19.50 |
| 3/10/2014 | ECB | Open, review and approve Feb 14 bank statement | 0.10 $325.00/ hr | $32.50 |
| 3/10/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/28/2014 | ECB | Email special counsel re conveyance documentation for transfer of Greek properties | 0.20 $325.00/ hr | $65.00 |
| 4/04/2014 | ECB | Email estate's accountant re status of tax return prep(.1) Teleconference with Acct re same (.1) | 0.20 $325.00/ hr | $65.00 |
| 4/11/2014 | ECB | Open and review Mar14 bank statement | 0.10 $325.00/ hr | $32.50 |
| 4/14/2014 | JMM | Process March 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| Date | Initials | Description | Hours/Rate | Amount |
|------|----------|-------------|------------|--------|
| 4/16/2014 | ECB | Prep memo to counsel re terms of settlement with Debtor on 2012 income tax refunds, rationale behind same and preparation of motion and notice | 0.40<br>$325.00/ hr | $130.00 |
| 4/18/2014 | ECB | Review and revise Trustee Notice (.3) and Motion (.4) to Settle Tax Refund Claim with debtor | 0.70<br>$325.00/ hr | $227.50 |
| 5/13/2014 | ECB | Open and approve April 2014 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 5/13/2014 | JMM | Process April 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/16/2014 | ECB | Teleconference with creditor K. Kaczmarek re case status and tax refund settlement with Debtor | 0.20<br>$325.00/ hr | $65.00 |
| 5/20/2014 | ECB | Telephone call to Debtor's counsel re settlement payment | 0.10<br>$325.00/ hr | $32.50 |
| 5/22/2014 | JMM | Deposit Tax Refund Check into TCMS (.1), Send deposit to Associated Bank via scanner (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/02/2014 | ECB | Confer with RKP re finalization of deeds to transfer Greek properties and working with consulate to complete same | 0.20<br>$325.00/ hr | $65.00 |
| 6/02/2014 | RKP | Meet with E. Berg re: open issues for case | 0.30<br>$195.00/ hr | $58.50 |
| 6/06/2014 | ECB | Open and review May '14 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 6/09/2014 | JMM | Process May 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/18/2014 | ECB | Confer with JMM re prep of Release and Satisfaction for Debtor's payment of remaining balance due under settlement on tax refund | 0.10<br>$325.00/ hr | $32.50 |

**Baldi Berg, Ltd**

Gofis - Trustee Matters

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 7/15/2014 | ECB | Teleconference with RKP re outcome of visit to Greek consulate and next steps for completion of transaction | 0.20 $325.00/ hr | $65.00 |
| 7/16/2014 | ECB | Review and approve June '14 Bank Statement | 0.10 $325.00/ hr | $32.50 |
| 7/17/2014 | JMM | Process June 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 8/12/2014 | ECB | Confer with RKP re prep of final tax returns and allowance of administrative claims | 0.20 $325.00/ hr | $65.00 |
| 8/12/2014 | RKP | Review email from L. West re: information needed for tax returns (.1); prepare information and documents as requested for L. West (.1); email to L. West re: same (.1); meet with E. Berg re: questions re: claims (.2) | 0.50 $195.00/ hr | $97.50 |
| 8/20/2014 | JMM | Process July 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 8/25/2014 | ECB | Open, Review, and Approve July 14 Bank Statement | 0.10 $325.00/ hr | $32.50 |
| 9/08/2014 | ECB | Review and approve August 14 Bank Statement | 0.10 $325.00/ hr | $32.50 |
| 9/08/2014 | JMM | Process August 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 9/09/2014 | ECB | Preliminary review of estate's final tax returns | 0.20 $325.00/ hr | $65.00 |
| 9/11/2014 | ECB | In depth review of final tax returns (.2) Review file and documentation regarding sale of land trust interest and capital gains tax on same (.2) Teleconference with accountant (.1) | 0.50 $325.00/ hr | $162.50 |

**Baldi Berg, Ltd**

Gofis - Trustee Matters

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/2014 | JMM | Update Form 3 Notes in preparation for filing of Trustee's Annual Reports (.2) | 0.20 $175.00/ hr | $35.00 |
| 10/08/2014 | ECB | Open, review and approve Sept '14 bank statements | 0.10 $325.00/ hr | $32.50 |
| 10/08/2014 | JMM | Process September 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 10/20/2014 | JMM | Deposit State Tax Refund check into TCMS (.1), Deposit check with Associated Bank via scanner (.1) | 0.20 $175.00/ hr | $35.00 |
| 10/27/2014 | ECB | Review case, confer with JMM re update of data and case status (.6) Finalize and file Trustee annual reports with Court and with Office of UST (1.0) | 1.60 $325.00/ hr | $520.00 |
| 11/17/2014 | ECB | Open and review October 2014 bank statements | 0.10 $325.00/ hr | $32.50 |
| 11/18/2014 | JMM | Process October 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 11/19/2014 | ECB | Teleconference with J. Golding re status of transfer of Greek properties, necessity to close in Greece and difficulties re same | 0.30 $325.00/ hr | $97.50 |
| 11/21/2014 | JMM | Deposit Refund Check into TCMS (.1), Send check to bank via bank scanner (.1) | 0.20 $175.00/ hr | $35.00 |
| 12/09/2014 | ECB | Open and review November 2014 bank statement | 0.10 $325.00/ hr | $32.50 |
| 12/09/2014 | JMM | Process November 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 12/18/2014 | ECB | Correspondence to special counsel re status of transfer of Greek properties and remaining issues | 0.40 $325.00/ hr | $130.00 |

**Baldi Berg, Ltd**

Gofis - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 1/19/2015 | JMM | Process December 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/23/2015 | ECB | Email to J. Golding re status of transfer of Greek properties | 0.10<br>$325.00/ hr | $32.50 |
| 2/13/2015 | ECB | Open and review January '15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/13/2015 | JMM | Process January 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/17/2015 | ECB | Teleconference with special counsel P. Metrou regarding discussion with Andrew Gofis and prep of Greek deed | 0.20<br>$325.00/ hr | $65.00 |
| 2/18/2015 | ECB | Final review of claims register in connection with case closing (.3) Review settlement agreement provisions re withdrawal of claims 5- 9 (.2) Review claim of IRS and subsequently filed return; determine claim to be withdrawn (.2) Prep memo to RKP re work on withdrawal of claims and cleanup of register in connection with case closing (.4) Email to J. Golding re withdrawal of Andrew Gofis and family claims (.2) | 1.30<br>$325.00/ hr | $422.50 |
| 2/18/2015 | ECB | Review and respond to email from Debtor's counsel re status of case closing (2.) Email to J. Golding re same (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 2/20/2015 | ECB | Review correspondence & bond received from ch. 7 bonding company (.1) Prep bond disbursement report and arrange payment of premium (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 2/20/2015 | ECB | Review correspondence & bond received from ch. 7 bonding company (.1) Prep bond disbursement report and arrange payment of premium (.2) | 0.30<br>$325.00/ hr | $97.50 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

| | | | | |
|---|---|---|---|---|
| 3/09/2015 | ECB | Open and review Feb 2015 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/09/2015 | JMM | Process February 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/27/2015 | ECB | Research Section 725 disposition of estate property (.8) Review and revise motion for distribution under section 725 (1.5) | 2.30<br>$325.00/ hr | $747.50 |
| 3/31/2015 | ECB | Review draft POWER OF ATTORNEY and section 725 (.1) Confer with counsel re same (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 3/31/2015 | ECB | Review and approve filing of 725 Motion (.2) and revise proposed Power of Attorney for Andrew Gofis (.1) Email to Jon Golding re same (.1) Telephone call to Debtor's counsel re same (.1) | 0.50<br>$325.00/ hr | $162.50 |
| 4/01/2015 | ECB | Forward power of attorney and motion to J. Golding | 0.10<br>$325.00/ hr | $32.50 |
| 4/09/2015 | ECB | Open and approve 3-15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 4/09/2015 | JMM | Process March 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/30/2015 | ECB | Final review and execution of Power of Attorney (.1) Assign prep of TFR for case closing (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 4/30/2015 | RKP | Review case docket and file for information needed to prepare TFR (.8); update system information as needed for TFR (.5); review email from E. Berg re: claims and issues to close case (.1); review claims (.1) | 1.50<br>$195.00/ hr | $292.50 |
| 5/05/2015 | ECB | Email to J. Golding re withdrawal of Gofis family proofs of claim | 0.10<br>$325.00/ hr | $32.50 |

**Baldi Berg, Ltd**

6/04/2015

Gofis - Trustee Matters

---

| | | | | |
|---|---|---|---|---|
| 5/31/2015 | RKP | Draft Trustee Fee Application (2.0); draft coversheet, proposed order and affidavit (.3); review and edit same (.2); draft TFR (1.0); and NFR (.5). | 4.00<br>$195.00/ hr | $780.00 |
| 6/03/2015 | ECB | Confer with RKP re administrative claims and proposed distribution in connection with prep of TFR package | 0.40<br>$325.00/ hr | $130.00 |

| | |
|---|---|
| Total Fees | $23,954.00 |
| Total New Charges | $23,954.00 |
| Previous Balance | $0.00 |
| Balance Due | $23,954.00 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 65.70 | $325.00 |
| Jason M Manola | 7.40 | $175.00 |
| Ricki K Podorovsky | 6.70 | $195.00 |

**Trustee's Final Fee Application**                              **Demetri Gofis, Debtor**
                                                                **Case No. 13-02953**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Demetri Gofis, | ) | Case No. 13-02953 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois       )
County of Cook        )

      I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

    1.    I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

    2.    I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  I or my agents pursuant to my direction performed the services set forth and described in the Application.

    3.    I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. a law firm at which I have been employed during the pendency of this case.  I have not previously received payment of any compensation for services rendered in connection with this case.

    4.    Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on June 12, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**