UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Demetri Gofis, | ) | Case No. 13-02953 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | |
| | ) | Hearing Date: July 31, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant:          Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:   Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                 May 16, 2013

Period for Which
Compensation is sought:     May 6, 2013 to close of case

Amount of Fees sought:      $30,000.00

Amount of Expense
Reimbursement sought:       $179.87

This is an:     Interim Application __     Final Application _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | Not Applicable | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $    -0-  .

Dated:  July 7, 2014                    Baldi Berg, Ltd.


                                        By: ___/s/Elizabeth C. Berg_____
                                            Elizabeth C. Berg

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Demetri Gofis, | ) | Case No. 13-02953 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | |
| | ) | Hearing Date: July 31, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

### First Application for Allowance and Payment of Final Compensation
### And Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee

Baldi Berg, Ltd., formerly known as Baldi Berg & Wallace, Ltd. ("BB"), attorneys for Elizabeth

C. Berg, as trustee ("Trustee") of the estate ("Estate") of Demetri Gofis, debtor ("Debtor"), pursuant

to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the

allowance and payment to BB of voluntarily reduced compensation in the amount of $30,000.00 as

final compensation for 121.30 hours of legal services rendered to the Trustee from April 17, 2013

through the close of this case and $179.87 as reimbursement for actual and necessary expenses

incurred. In support thereof, BB respectfully states as follows:

### Introduction

1. The Debtor commenced this case on January 25, 2013 by filing a voluntary petition
for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting successor chapter 7
trustee in this case.

3. As of the commencement of this case, the Estate's assets of value consisted of: the
Debtor's interest in 2012 tax refunds issued jointly to the Debtor and his non-filing spouse; and the
Debtor's partial interest in certain real and personal property co-owned with various family members
("Family Assets"). The Debtor owned between 17% and 25% interest in the Family Assets. The
division of interest in the 2012 tax refunds between the Debtor and his non-filing spouse was
disputed by the Trustee and the courts were divided as to the allocation of joint tax refunds.

4.      The bar date for filing claims in this case was September 13, 2013.

### Retention of Baldi Berg, Ltd.

5.      On May 16, 2013, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as her counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the BB attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were responsible for representing the Trustee in this case are:

Joseph A. Baldi -- Partner
Elizabeth C. Berg – Partner
Donna B. Wallace – Retired Partner
Julia D. Loper – Associate
Ricki K. Podorovsky – Paralegal
Jason M. Manola -- Paralegal

### Prior Compensation and Expense Reimbursement Received

7.      This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that BB will file in this case.

### Services Rendered by BB

8.      Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9.      For the Court's convenience, BB has segregated its services into five categories

2

summarized below:

General Administration: The services rendered by BB in this category consisted of advising the Trustee as to general case administration matters including the liquidation of the Family Assets, more specifically described as: a partial interest in two (2) parcels of improved real property located in Greece ("Greek Properties"); a 25% beneficial interest in an Illinois Land Trust ("Trust"); and a 17% interest in Gofis Brothers Realty Management LLC, an Illinois series limited liability company ("Gofis Bros"). As requested by Trustee, BB reviewed and analyzed information and documentation regarding the Family Assets including Gofis Bros tax returns and financial statements, title, trust and security documents regarding the Trust and title documents for the Greek Properties. As a result of its analysis, BB advised the Trustee regarding the value of the Estate's interest in the Family Assets and discussed strategies for the liquidation of the Family Assets. BB represented the Trustee in settlement negotiations with relatives of the Debtor for a purchase of the Estate's interest in the Family Assets. After extensive negotiations, Trustee accepted an offer from the Debtor's brother, Andrew Gofis, to purchase the Estate's interest in the Family Assets. Thereafter, as requested by Trustee, BB drafted a purchase and sale agreement and then, prepared and presented the Trustee's Motion to Approve the Sale. The Court entered an order on November 21, 2013 approving the proposed sale ("Sale Order"). As a result of the sale, the Trustee collected $75,000.00 on account of the Estate's interest in the Family Assets and Andrew Gofis agreed to withdraw his claim asserted against the Estate totaling $1.4 million and to assist the Trustee in obtaining the voluntary withdrawal of the proofs of claims totaling more than $3 million filed by 4 other family members. After the sale, BB prepared the Trustee's Report of Sale as required pursuant to Rule 6004 of the Federal Rules of Bankruptcy Procedure. In addition, BB assisted the Trustee to resolve the Trustee's objections to claims without the need for formal objections, including obtaining the withdrawal of an invalid IRS claim, the withdrawal of an invalid secured claim, and the withdrawal of the Gofis family members' claims.

3

In connection with this category, BB has expended 39.70 hours of services for which it requests compensation in the amount of $13,148.50.

Greek Properties: The services rendered by BB in this category were in connection with advising the Trustee about the procedures to transfer title of the Greek Properties to Andrew Gofis and the preparation of documents necessary to effectuate the transfer of title and close the sale. After the Trustee transferred ownership of the Greek Properties to Andrew Gofis pursuant to the Sale Order, she attempted to transfer title. BB conducted research regarding applicable Greek law and consulted with representatives of the Greek Consulate in order to determine the appropriate manner to effectuate the transfer of title. Ultimately, BB advised the Trustee that a seller and a purchaser must jointly appear before a notary public in Greece and, because it was not possible for the Trustee to travel to Greece, the Estate still held title to the Greek Properties. Subsequently, BB advised the Trustee of a reasonable alternative to dispose of the Estate's interest in the Greek Properties so that, *among other things*, the Trustee would be able to close this case. As requested, BB prepared prepared and presented the Trustee's Motion to Distribute Property Pursuant Section 725 of the Code which, upon entry of this Court's order dated April 17, 2015 and combined with a limited power of attorney prepared by BB on behalf of the Trustee and presented to Andrew Gofis, effectively transferred ownership of the Greek Properties to Andrew Gofis and thereby released the Estate of its residual interest in the Greek Properties.

In connection with this category, BB has expended 13.40 hours of services for which it requests compensation in the amount of $2,986.00.

Oak Lawn Property: The services rendered by BB in this category were in connection with liquidating the Estate's interest in the Trust. The Trust held legal title to a parcel of real estate improved by a multi-tenant retail property located at 10401-10415 S. Cicero Avenue, Oak Lawn, Illinois ("Oak Lawn Property") which had an appraised value between $1,100,000.00 and $1,600,000.00 and was encumbered by three mortgages. BB reviewed and analyzed the Trust

4

documents and the liens, including mortgages and outstanding real estate taxes, attaching to the Oak Lawn Property in order to determine the Estate's interest in the Trust as well as the validity of the liens in order to determine the equity available to the Estate.    In addition, BB conducted research and advised the Trustee regarding her authority pursuant to section 363(h) to sell property held in a trust.  As requested by Trustee, BB prepared and filed a motion to employ a real estate broker and for authority to list the Oak Lawn Property but the co-beneficiaries of the Trust objected. Specifically, Andrew Gofis who held 25% beneficial ownership in the Trust and Sprios Gofis who held 50% beneficial ownership in the Trust asserted that the second mortgage on the Oak Lawn Property was duly executed and delivered by the land trustee of the Trust with the consent and at the direction of all the Trust's beneficiaries; however, it was granted to secure amounts advanced by the bank to Debtor under a promissory note which was signed by Debtor but not by any of the other Trust beneficiaries. The aforementioned co-beneficiaries asserted that in the event the Oak Lawn Property were to be sold to a third party, there would be no equity for the Estate because the entire second mortgage would have to be satisfied from the Estate's share of any net proceeds of sale. BB advised the Trustee with respect to the objections and allegations raised by the co-beneficiaries. As more fully set forth above, with the assistance of BB, the Trustee negotiated with Andrew Gofis for a sale of the Family Assets which included the Debtor's interest in the Trust.  Once the Sale Order was approved, BB represented the Trustee and prepared all necessary documents required in connection with the closing of the sale of the Trust and the transfer of title to Andrew Gofis in the Oak Lawn Property.  The portion of the sale proceeds attributable to the sale of the Trust was $60,000.00.

In connection with this category, BB has expended 25.30 hours of services for which it requests compensation in the amount of $7,455.00.

Retention of Professionals: The services rendered by BB in this category are summarized as follows: BB prepared and presented the Trustee's Motions to Employ Attorneys, Special Counsel

5

related to the valuation and liquidation of the Greek Properties, Accountants and a real estate broker. In connection with the Trustee's motion to employ a real estate broker, BB negotiated the terms of the listing agreement with the broker. As set forth above, the co-beneficiaries of the Trust objected to the listing and proposed sale of the Oak Lawn Property. BB appeared in Court on behalf of Trustee to advise regarding the status of settlement discussions and, ultimately, the Trustee's withdrawal of the motion to employ real estate broker.

In connection with this category, BB has expended 6.50 hours of services for which it requests compensation in the amount of $1,499.50.

Tax Matters: The services rendered by BB in this category were in connection with recovering the Estate's interest in the 2012 tax refunds. The Debtor and his non-filing spouse ("Dina") filed joint federal and state tax returns for 2012 which reported income and withholdings and resulted in tax refunds totaling $34,166.00. The 2012 tax returns directed the taxing authorities to issue the 2012 tax refunds 50/50 to the Debtor and Dina. Upon Trustee's review of the 2012 tax returns, Trustee determined that the sole reason that Debtor and Dina received the 2012 tax refunds was primarily on account of pre-petition losses realized from a failed business venture of the Debtor and a small portion ($2,000.00) was attributable to a child tax credit. BB, as requested by Trustee, made formal written demand upon the Debtor for a turnover of the 2012 tax refunds less the child tax credit. Debtor disputed that the Trustee's proposed allocation of the 2012 tax refunds. BB conducted extensive research into the proper allocation of a joint tax refund between a debtor and a non-filing spouse and advised the Trustee that: Courts addressing the issue have relied on four separate theories, this area of the law is unsettled and there is no binding precedent in Illinois from the Seventh Circuit Court of Appeals or federal district courts for the Northern District of Illinois. Notwithstanding the divided law, BB advised the Trustee that the "Separate Filings Rule" which uses a hypothetical tax liability based on an assumption of married filing separate status most closely applies to the facts of this case. The Debtor, on the other hand, asserted that the 2012 tax refunds

6

should be equally divided between himself and Dina pursuant to what is known as the "50/50 Rule."
BB represented the Trustee in settlement negotiations with the Debtor. Finally, a proposed
settlement was reached and BB prepared and the Trustee's Motion to Approve the Compromise.
Upon entry of this Court's order dated May 9, 2014 approving the compromise with the Debtor, the
Trustee recovered $20,000.00 on account of the Estate's interest in the 2012 tax refunds.
Thereafter, BB prepared the Trustee's Mutual Release.

In connection with this category, BB has expended 36.40 hours of services for which it
requests compensation in the amount of $10,952.50.

**Compensation Requested**

10.     In connection with the foregoing services described and categorized in paragraph
nine above, BB spent 121.30 hours for which the total value of the services rendered is $36,181.00.
In order to provide a larger distribution to the Estate's general unsecured creditor, BB voluntarily
reduces its request for compensation and seeks an allowance of final compensation in the amount
of $30,000.00.

11.     All of the services performed by BB were required for proper representation of the
Trustee in this case, were authorized by this Court and were performed by BB at the request and
direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria
with respect to the nature, extent and value of the services performed, all of BB's services are
compensable and the compensation requested herein is fair and reasonable. There has been no
duplication of services rendered to the Trustee by BB for which compensation is requested. In
those instances where two attorneys (or an attorney and paralegal) participated in any matter, such
joint participation was necessary due to the complexity of the problems involved.

12.     The rates charged by the attorneys and paralegals of BB in this Application, as
adjusted from time to time, are their usual and customary hourly rates charged during the period
covered by this Application for work performed for other clients in both bankruptcy and non-

7

bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Expense Reimbursement Requested

13.     In addition to the services rendered, BB incurred actual and necessary expenses in the amount of $179.98 for which it requests reimbursement. The expenses primarily were incurred for the copying and postage charges associated with pleadings and other documents filed with Court. A detailed itemization of the actual expenses incurred Is included within the billing statements attached hereto as Exhibit C.

### Payment of Compensation and Expense Reimbursement

14.     BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation or expense reimbursement to be received by BB for services rendered to the Trustee or expenses incurred in connection with this case.

15.     BB has not previously received or been promised any payments for services rendered or expenses incurred in this case.

16.     The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.     The proposed source for payment of the compensation and expense reimbursement requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

18.     The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

19.     Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee, Trustee's Special Counsel and the Trustee's accountants have also been filed concurrently with this Application.

8

**Financial Condition of the Case**

20.     Trustee currently has approximately $86,700.00 on deposit in the Estate's bank accounts.  The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg, Ltd. in connection with this final fee application, 3) the fees allowed to special counsel in connection with its final fee application, 4) the fees allowed to Popowcer Katten, Ltd. in connection with its final fee application as accountants for the Trustee, and 5) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21.     Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a distribution to the Estate's sole general unsecured creditor.

**Trustee's Approval**

22.     BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.      Allowing to Baldi Berg, Ltd. final compensation in the voluntarily reduced amount of $30,000.00 for actual and necessary professional services rendered to the Trustee from April 17, 2013 through the closing of this case;

B.      Allowing to Baldi Berg, Ltd. reimbursement of actual expenses incurred in the amount of $179.87;

C.      Authorizing the Trustee to pay the amounts awarded from the funds in the case as part of her final distribution; and

9

D.      For such other and further relief as this Court deems appropriate.

Dated:  July 7, 2015                         Baldi Berg, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the
estate of Demetri Gofis, debtor


By:____ /s/_____
            Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark St.  Suite 200
Chicago, IL  60602
312.726.8150

10

**Baldi Berg, Ltd.**                                          **Demetri Gofis, Debtor**
**Final Fee Application**                                     **Case No. 13-02953**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-02953 |
| Demetri Gofis | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ Attorneys**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; due and proper notice having been provided; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Demetri Gofis, debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as attorneys for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  May 16, 2013

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Baldi Berg, Ltd.**                                    **Demetri Gofis, Debtor**
**Final Fee Application**                               **Case No. 13-02953**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg, Ltd., a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000.  Before her affiliation with Baldi, Berg, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois.    Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute.  She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools.  She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.  Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois.  She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

# Baldi Berg, Ltd.

## Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg, Ltd. (formerly Baldi, Berg & Wallace, Ltd.).   Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group.   In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.   He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees.   Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois.   In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers.   He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest.   He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission.   Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from

**Baldi Berg, Ltd.**

Western Illinois University.

## Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm.  Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois.  Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

## Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**

<u>Julia D. Loper</u>

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies.  Ms. Loper has worked with Baldi Berg, Ltd. since 2009.  Ms. Loper also has general civil litigation experience.

Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association.

Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Donna B. Wallace (Retired)

Donna B. Wallace was a Partner in the firm of Baldi Berg & Wallace, Ltd. and represents debtors, creditors and trustees in chapter 7, 11 and 13 proceedings.  Mrs. Wallace retired in December 2013.

Prior to attaining her law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International.  After graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John Marshall Law School in Chicago where she was a member of the Law Review which published her comment on the topic of lenders liability.  Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage, MacCormac College, Roosevelt University and Northwestern Business College.

**Baldi Berg, Ltd.**                                                          **Demetri Gofis, Debtor**
**Final Fee Application**                                                     **Case No. 13-02953**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**    (312) 470-6323

**FEIN:** 36-4352753

## *Invoice submitted to:*

June 7, 2015
Invoice No:  02600

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, IL 60602

### *Consolidated Summary*

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Gofis - General Admin** | | | | | | | |
| | 39.70 | $13,288.50 | $0.00 | $13,288.50 | $0.00 | $0.00 | $13,148.50 |
| **Gofis - Greek Properties** | | | | | | | |
| | 13.40 | $2,986.00 | $5.96 | $2,991.96 | $0.00 | $0.00 | $2,991.96 |
| **Gofis - Oak Lawn Property** | | | | | | | |
| | 25.30 | $7,455.00 | $134.14 | $7,589.14 | $0.00 | $0.00 | $7,589.14 |
| **Gofis - Retention of Professsionals** | | | | | | | |
| | 6.50 | $1,499.00 | $0.00 | $1,499.00 | $0.00 | $0.00 | $1,499.00 |
| **Gofis - Tax Matters** | | | | | | | |
| | 36.40 | $10,952.50 | $39.77 | $10,992.27 | $0.00 | $0.00 | $10,992.27 |
| TOTALS | 121.30 | $36,181.00 | $179.87 | | | | $36,720.87 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - General Admin

Page    2

---

**In Reference to:**    *Gofis - General Admin*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 4/17/2013 | RKP | Meet with trustee re: extension of time to object to discharge (.1); draft motion to extend time to object to discharge (.5); review case file for information needed to draft motion (.2). | 0.80<br>$195.00/ hr | $156.00 |
| 4/18/2013 | RKP | Finalize Motion to Extend Date to Object to Discharge (.2); prepare order (.1); prepare for efiling and efile (.1). | 0.40<br>$195.00/ hr | $78.00 |
| 6/06/2013 | JAB | Review file, schedules to prepare for meeting with trustee re strategy and options on sale of property, collection of income, ownership of interests in property. | 1.00<br>$450.00/ hr | $450.00 |
| 6/07/2013 | JAB | Conference with Trustee re real estate issues, ownership and income from land trust property.  Review tax returns re report of income, management of property.  Review management company tax return re same.  Discuss sale of interest in land trust, 363(h) issues.  (1.0)  Teleconference with debtor's attorney re sale of estate's interest in real estate, issues regarding secured claims, issues regarding collection and distribution of income.  (.5) | 1.50<br>$450.00/ hr | $675.00 |
| 6/11/2013 | JAB | Review email from debtor's attorney re income and expenses, review same.  Confer with Trustee re same and conference call. | 0.40<br>$450.00/ hr | $180.00 |
| 6/11/2013 | JAB | Teleconference with trustee and debtor, debtor's attorney regarding Oak Lawn property, Gofis Brothers, other financial issues. | 1.50<br>$450.00/ hr | $675.00 |
| 6/17/2013 | JAB | Review Old Plank attorney email, send comments to trustee.  Review documents re same.(.5)  Teleconference with R Benjamin re documents needed, equity in property, allocation of proceeds among owners, contribution | 1.50<br>$450.00/ hr | $675.00 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - General Admin

Page    3

---

|  |  | agreements. (.5)  Review Gofis Brothers operating agreement (.5) |  |  |
|---|---|---|---|---|
| 8/19/2013 | JAB | Confer with Trustee regarding strategy on settlement, legal issues, resolution of same. | 0.40<br>$450.00/ hr | $180.00 |
| 8/29/2013 | JAB | Prepare for and attend meeting with Rick and Jonathan Golding and trustee re status of property, proposals for settlement, issues regarding sale and liquidation of property. | 3.00<br>$450.00/ hr | $1,350.00 |
| 10/04/2013 | JAB | Review Gofis Brothers Realty operating agreement, LLC act.  Confer with trustee on options.  Teleconference with J Golding re settlement, options on sale of LLC interest. (.7)  Review RTS claim, email Mauer re proof of claim and breakdown of amount due. (.3) | 1.00<br>$450.00/ hr | $450.00 |
| 10/21/2013 | DBW | Meet with Trustee re terms of sale to Andrew (.3), review file and read documents related to background of case and properties being sold (.9), draft sales agreement (3.2) | 4.40<br>$350.00/ hr | $1,540.00 |
| 10/22/2013 | DBW | Conference with Trustee re default provisions and deposit (.2), finish drafting sales agreement (.9), proofread (.4), revise (.3) | 1.80<br>$350.00/ hr | $630.00 |
| 10/22/2013 | ECB | Review and revise sale and purchase agreement | 1.60<br>$325.00/ hr | $520.00 |
| 10/23/2013 | DBW | Conference with trustee re additional information (.2), proofread and revise Sales agreement (.4), e-mail to opposing counsel for comments (.2) | 0.80<br>$350.00/ hr | $280.00 |
| 10/24/2013 | DBW | Draft motion to approve sale of assets to Andrew (1.9), teleconference with Trustee re debtor's claimed exemption in assets (.2), revise motion to include provision to allocate purchase price and pay exemption (.3), proofread motion (.3), proofread and revise motion(.9) | 3.60<br>$350.00/ hr | $1,260.00 |

# Baldi Berg, Ltd

6/07/2015

Gofis - General Admin

Page    4

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 10/28/2013 | DBW | teleconference with Jonathan Golding re changes to sales contract | 0.20 $350.00/hr | $70.00 |
| 10/29/2013 | DBW | Revise agreement and motion  per discussion with Trustee (.7), revise agreement per discussion with purchaser's attorney (.3) | 1.00 $350.00/hr | $350.00 |
| 10/30/2013 | DBW | Re:  Motion to sell - draft proposed order (.6), draft notice to creditors (.5), proof read Motion, Sales Agreement, Notice and order (1.0), conference with trustee re changes related to claim withdrawal (.3), revise Sales Agreement, Motion and Order re claim withdrawal and to identify trust more accurately (.8), e-mail to purchaser's attorney re same (.2) teleconference with Trust attorney re requirements for order (.2), e-mail order to attorney for trust for comments (.1) | 3.70 $350.00/hr | $1,295.00 |
| 10/30/2013 | JMM | Served Notice of Sale to 38 parties and Motion to approve settlement on 8 parties (.8), | 0.80 $175.00/hr | $ 0.00 No Charge |
| 11/18/2013 | JMM | Draft letter to Attorney Golding re: delivery of Sales and Purchase Agreement (.4) | 0.40 $175.00/hr | $70.00 |
| 11/27/2013 | DBW | Draft assignment of interest in LLC entities to Andrew Gofis (.8), proofread (.2), revise (.2) | 1.20 $350.00/hr | $420.00 |
| 12/30/2013 | JMM | Teleconference w/ ECB re: Gofis Closing (.1), Draft email to Cynthia Feeley & Jonathan Golding re: Status of Closing (.3) | 0.40 $175.00/hr | $70.00 |
| 1/28/2014 | RKP | Review case file for information needed to prepare report of sale (.3); begin draft report of sale (.5) | 0.80 $195.00/hr | $156.00 |
| 2/03/2014 | RKP | Further draft (.4) and edit (.3) Report of Sale | 0.70 $195.00/hr | $136.50 |

# Baldi Berg, Ltd

6/07/2015

Gofis - General Admin

Page   5

| Date | | Description | Hours / Rate | Amount |
|------|------|-------------|------|------|
| 2/05/2014 | RKP | Review comments by Trustee re: report of sale (.1); prepare report for filing (.1) | 0.20 $195.00/ hr | $39.00 |
| 5/01/2015 | RKP | Phone call to C. Feeley re: trustee's objection to Suburban Bank claim (.1); phone call to J. Harper at IRS re: objection to claim (.1) | 0.20 $195.00/ hr | $39.00 |
| 5/04/2015 | RKP | Phone call to IRS re: Trustee's objection to claim (.1); draft withdrawal of claim for Gofis family claimants 5 (Andrew Gofis) and 6-9 (.2 each); email to E. Berg re: status of claim resolution (.1); draft email to C. Feeley re: Trustee's objection to Suburban Bank claim (.2) | 1.40 $195.00/ hr | $273.00 |
| 5/05/2015 | RKP | Phone conversation with J. Harper at IRS re: Trustee's objection to claim (.3); email to E. Berg re: IRS's withdrawal of claim and withdrawal of Gofis relatives' claims (.1); phone conversation with C. Feeley re: Trustee's objection to claim (.1) | 0.50 $195.00/ hr | $97.50 |
| 5/06/2015 | RKP | Email to J. Golding re: withdrawal of claim forms | 0.20 $195.00/ hr | $39.00 |
| 5/30/2015 | RKP | Draft Popowcer fee application (.7); coversheet, proposed order and affidavit (.3); draft special counsel fee application (.7); coversheet, proposed order and affidavit (.3); draft BB Fee Application (2.0); coversheet, proposed order and affidavit (.3); review and edit all documents (.5) | 4.80 $195.00/ hr | $936.00 |
| 6/04/2015 | RKP | Prepare final bill for fee application | 0.30 $195.00/ hr | $58.50 |

|  |  |
|------|------|
| Total Fees | $13,288.50 |
| Total New Charges | $13,148.50 |
| Previous Balance | $0.00 |
| Balance Due | $13,148.50 |

# Baldi Berg, Ltd

6/07/2015

Gofis - General Admin

Page    6

### *Timekeeper Summary*

| Name | Hours | Rate |
|------|-------|------|
| Donna B Wallace | 16.70 | $350.00 |
| Elizabeth C Berg | 1.60 | $325.00 |
| Joseph A Baldi | 10.30 | $450.00 |
| Jason M Manola | .80 | $175.00 |
| Ricki K Podorovsky | 10.30 | $195.00 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - Greek Properties

Page    7

---

**In Reference to:**   *Gofis - Greek Properties*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 2/11/2014 | ECB | Teleconference with J. Golding re status of Greek deeds | 0.10<br>$325.00/ hr | $32.50 |
| 3/31/2014 | ECB | Additional research on procedures to finalize transfer of interest in Greek properties to Andrew Gofis, including transfer tax responsibilities and preparation of public deed by Greek notary | 0.50<br>$325.00/ hr | $162.50 |
| 6/12/2014 | RKP | Research re: issuance of deed for transfer of Greek properties (.5); review file re: same (.2) ; phone conversation with George at Greek Consulate re: same (.3) | 1.00<br>$195.00/ hr | $195.00 |
| 7/14/2014 | RKP | Review case file re: information and documentation regarding Greek properties sold (.3); review consulate information (.1); and prepare for meeting at consulate to determine procedures to effectuate transfer of property (.3) | 0.70<br>$195.00/ hr | $136.50 |
| 7/15/2014 | RKP | Meet with George at Greek Consulate re: procedures for transferring property sold (.2); phone conversation with E. Berg re: same (.) | 0.30<br>$195.00/ hr | $58.50 |
| 11/20/2014 | ECB | Memo to file (.1) re conversation with J. Golding on status of transfer of properties; Email to RKP re same (.1) Confer with JAB re same (.1) Exchange emails with J. Golding re options (.2) | 0.50<br>$325.00/ hr | $162.50 |
| 11/20/2014 | RKP | Review email and memo from L. Berg re: Greek property (.1); email to L. Berg re: same (.2) | 0.30<br>$195.00/ hr | $58.50 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - Greek Properties

| 12/17/2014 | ECB | Teleconference w/ J. Golding re status of transfer of properties in Greece and Andrew Gofis's retention of RE professional in Greece to finalize same (.2) | 0.20 $325.00/ hr | $65.00 |
|---|---|---|---|---|
| 3/04/2015 | RKP | Review section 725 and 554 re: disposition of assets (.6); research section 725 disposition of property (.4); review sale motion, order and asset purchase agreement (.3); draft motion to dispose of property (2.0); email to L Berg re: same (.1) | 3.50 $195.00/ hr | $682.50 |
| 3/30/2015 | RKP | Review email from L. Berg re: revised motion and issues to close case (.1); review revised motion (.2); edit revised motion (.2) draft proposed order (.2); draft 2002 notice to creditors (.8); | 1.50 $195.00/ hr | $292.50 |
| 3/31/2015 | JDL | Review and revise motion to Distribute Property under 725 (1.5) Prepare limited power of attorney re: Greek properties (1.7) Conference w/ ECB re: same, limitations of powers, ECF event (.4) | 3.60 $250.00/ hr | $900.00 |
| 4/01/2015 | JDL | Conference w/ JMM and AB re: service of notice on motion to dispose of property and preparation of certificate of service. (.2) Teleconference w/ M. Les re: affidavit for Motion (.1) | 0.30 $250.00/ hr | $75.00 |
| 4/30/2015 | JDL | Prepare Power of Attorney for execution by trustee. | 0.10 $250.00/ hr | $25.00 |
| 4/30/2015 | JMM | Notarize Power of Attorney for Property (.1), Draft Letter to Andrew Gofis re: enclosed and executed POWER OF ATTORNEY (.5), Edit Letter w/ ECB corrections (.3) | 0.80 $175.00/ hr | $140.00 |

Total Fees    $2,986.00

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 4/01/2015 | Copies-Trustee's Request to Dispose of Greek RE Per Sec. 725 Motion (8 pgs x $.10 = $.80 x 4 parties = $3.20) | 1.00 @ /each | $3.20 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - Greek Properties

Page    9

| | | | |
|---|---|---|---|
| 4/01/2015 | Postage-Trustee's Request to Dispose of Greek RE Per Sec. 725 Motion sent to 4 parties ($.69 x 4 = $2.76) | 4.00 @ /each | $2.76 |

| | |
|---|---|
| Total Expenses | $5.96 |
| Total New Charges | $2,991.96 |
| Previous Balance | $0.00 |
| Balance Due | $2,991.96 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.30 | $325.00 |
| Julia D Loper | 4.00 | $250.00 |
| Jason M Manola | 0.80 | $175.00 |
| Ricki K Podorovsky | 7.30 | $195.00 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - Oak Lawn Property

Page    10

---

**In Reference to:**    *Gofis - Oak Lawn Property*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/29/2013 | JDL | Conference w/ ECB re: trust agreement matters (.2) Research re: same (1.8) | 2.00 $250.00/ hr | $500.00 |
| 6/03/2013 | JDL | Continued research on land trust matters, sale of co-beneficiary interest. | 1.00 $250.00/ hr | $250.00 |
| 6/05/2013 | JDL | Continue research re: land trust, ability of trustee to sell res. | 3.70 $250.00/ hr | $925.00 |
| 6/06/2013 | JDL | Continue research re: land trust (1.8) Prepare research memo on land trust issues. (1.2) | 3.00 $250.00/ hr | $750.00 |
| 6/07/2013 | ECB | Teleconference with Cynthia Feeley, counsel for Suburban Bank re regarding potential sale of property to family members and re Suburban's sale of land trust business to other bank | 0.30 $325.00/ hr | $97.50 |
| 6/07/2013 | JDL | Finalize research memo to ECB re: land trust beneficiary ownership. | 2.20 $250.00/ hr | $550.00 |
| 6/11/2013 | ECB | Review Oak Lawn income & expense statement received from Debtor and confer with counsel re same | 0.20 $325.00/ hr | $65.00 |
| 8/05/2013 | ECB | Review terms of Auto- Zone lease re real estate tax payments (.3) Review Ar-be garage lease re terms (.2) | 0.50 $325.00/ hr | $162.50 |
| 8/05/2013 | ECB | Extended email to Debtor's counsel regarding concerns on monthly receipts, payment of real estate taxes and confirmation of insurance coverage | 0.70 $325.00/ hr | $227.50 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - Oak Lawn Property

Page    11

---

| 8/13/2013 | JDL | Research payment status on the 12 tax bills relating to the Oak Lawn property (.5) Continue preparation of Motion to employ RE broker (2.1) Email to D. McKay w/ rider to listing agreement (.1) | 2.70 $250.00/ hr | $675.00 |
|---|---|---|---|---|
| 8/14/2013 | JAB | Research on 363(h) sale requirements.  Confer with AJM re experience re same.  Review authority to appoint receiver. | 1.20 $450.00/ hr | $540.00 |
| 9/17/2013 | ECB | Teleconference with J. Golding re status of payment of RE taxes for 10401 S. Cicero and use of October rents for same | 0.20 $325.00/ hr | $65.00 |
| 9/17/2013 | ECB | Teleconference with counsel for Suburban Bank & Trust re proof of claim filed, status of debt service on loans guaranteed by Debtor and bank's willingness to refinance Oak Lawn  Property | 0.30 $325.00/ hr | $97.50 |
| 11/14/2013 | ECB | Emails to J. Golding and C. Feeley to inquire re status of Andrew Gofis loan approval | 0.20 $325.00/ hr | $65.00 |
| 11/20/2013 | ECB | Teleconference with Fran Pendergast to confirm Andrew Gofis loan approval and discuss closing details | 0.20 $325.00/ hr | $65.00 |
| 11/21/2013 | ECB | Confer with C. Feeley re logistics for closing (.1) Court appearance to approve sale of assets to Andrew Gofis(.1) | 0.20 $325.00/ hr | $65.00 |
| 11/26/2013 | JMM | Review ECB email re: Oaklawn property (.2), Research Illinois Real Estate Transfer Tax (.2), Research Oaklawn Real Estate Transfer Tax Ordinance (.3), Telephone call to Ally @ Oaklawn Water Dept (.3) | 1.00 $175.00/ hr | $175.00 |
| 12/04/2013 | DBW | Draft power of attorney for closing (.3), revise assignment (.2), e-mail to opposing counsel re assignment and closing date (.2) | 0.70 $350.00/ hr | $245.00 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - Oak Lawn Property

Page    12

| Date | Atty | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 12/05/2013 | ECB | Teleconference with Oak Lawn regarding exemption of transfer from real estate transfer tax and documents required to obtain letter (.3) Email to C. Feeley and J. Golding re closing date (.1) | 0.40 $325.00 / hr | $130.00 |
| 12/09/2013 | DBW | Revise power of attorney and assignment | 0.40 $350.00 / hr | $140.00 |
| 12/10/2013 | JAB | confer with trustee on transfer issues, confer with title company re same. | 0.50 $450.00 / hr | $225.00 |
| 12/12/2013 | JAB | Review file, teleconference to Trust officer re closing documents needed. | 0.20 $450.00 / hr | $90.00 |
| 12/13/2013 | JAB | Review file and contract re closing documents, timing. (.3) Teleconference with J Golding re transfer, documentation issues, timing. (.4) Teleconference with Chicago Trust personnel re documents needed, timing of documents, recording of same. Issues regarding execution of documents. (.4) Emails to Golding re follow up. (.3) | 1.40 $450.00 / hr | $630.00 |
| 12/17/2013 | JAB | Review documents and forward to Golding for Andrew's signature. | 0.30 $450.00 / hr | $135.00 |
| 12/27/2013 | ECB | Teleconference with C. Feeley and J. Golding re closing (.3) Arrange for additional signatures by Andrew Gofis on Facsimile ABI (.4) Teleconferences with land trustee re required documents (.3) Prepare letters to land trustee directing transfer of ABI (.6) | 1.60 $325.00 / hr | $520.00 |
| 12/30/2013 | ECB | Teleconference with Cynthia Feeley re status of refinance and impact on closing | 0.20 $325.00 / hr | $65.00 |

Total Fees    $7,455.00

*Expenses*

**Baldi Berg, Ltd**

6/07/2015

Gofis - Oak Lawn Property

Page    13

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 1/20/2014 | Sent executed oak lawn closing docs to Land Trustee via FedEx Overnight | 1.00 @ /each | $21.68 |
| 1/20/2014 | Sent Letter of Direction to Land Trustee re: Oak lawn property via FedEx Overnight | 1.00 @ /each | $21.68 |
| 1/20/2014 | Trip from JMM Home (Addison, IL) to Oak Lawn Finance Dept (Oak Lawn, IL) to 201 W. Madison (Chicago, IL) to JMM Home = 63.7 miles x $.56 = $35.67 | 1.00 @ /each | $35.67 |
| 1/20/2014 | Parking in Chicago re: Trip to Oak Lawn Finance Dept | 1.00 @ /each | $35.00 |
| 1/20/2014 | Sent executed Assignment of Beneficial Interest to Jonathan Golding | 1.00 @ /each | $20.11 |

|  |  |
|---|---|
| Total Expenses | $134.14 |
| Total New Charges | $7,589.14 |
| Previous Balance | $0.00 |
| Balance Due | $7,589.14 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 1.10 | $350.00 |
| Elizabeth C Berg | 5.00 | $325.00 |
| Joseph A Baldi | 3.60 | $450.00 |
| Julia D Loper | 14.60 | $250.00 |
| Jason M Manola | 1.00 | $175.00 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - Retention of Professsionals

Page    14

---

**In Reference to:**    *Gofis - Retention of Professsionals*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/06/2013 | RKP | Draft motion to employ attorneys | 0.50<br>$195.00/ hr | $97.50 |
| 5/08/2013 | RKP | Review and edit motion to employ Baldi Berg (.2); draft affidavit (.1); prepare proposed order (.1); additional edits to motion per Trustee (.1); serve and efile motion to employ (.2) | 0.70<br>$195.00/ hr | $136.50 |
| 8/06/2013 | ECB | Telephone call to Peter Metrou to confirm intent to retain as special counsel | 0.10<br>$325.00/ hr | $32.50 |
| 8/09/2013 | JDL | Draft motion to employ broker Daniel McKay. | 0.80<br>$250.00/ hr | $200.00 |
| 8/13/2013 | JDL | Draft motion to employ special counsel - Peter Metrou | 1.00<br>$250.00/ hr | $250.00 |
| 8/15/2013 | JDL | Review listing agreement and CV of broker. (.5) Email to D. McKay w/revisions (.1) Finalize application to employ real estate broker (.8) Finalize application to employ special counsel (Metrou) (.5) | 1.90<br>$250.00/ hr | $475.00 |
| 9/23/2013 | JMM | Draft Motion to Employ Accountants (.8), Draft Order (.2), Revise Motion (.2) | 1.20<br>$175.00/ hr | $210.00 |
| 10/03/2013 | ECB | Court appearance on status of motion to retain broker and settlement discussions | 0.20<br>$325.00/ hr | $65.00 |
| 10/17/2013 | ECB | Court appearance on motion to hire broker; advise court of pending sale to family members | 0.10<br>$325.00/ hr | $32.50 |

|  |  |  |  | Total Fees    $1,499.00 |

**Baldi Berg, Ltd**

Gofis - Retention of Professsionals

|  |  |
|---|---|
| Total New Charges | $1,499.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,499.00 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.40 | $325.00 |
| Julia D Loper | 3.70 | $250.00 |
| Jason M Manola | 1.20 | $175.00 |
| Ricki K Podorovsky | 1.20 | $195.00 |

**Baldi Berg, Ltd**

Gofis - Tax Matters

---

**In Reference to:**   *Gofis - Tax Matters*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 9/17/2013 | ECB | Review tax returns for GBRM and lan documents re same (.2) | 0.20 $325.00/ hr | $65.00 |
| 9/17/2013 | ECB | Review tax returns for basis in various properties involved in pending settlement with family regarding basis and amount of resulting administrative claim for capital gains ta | 0.40 $325.00/ hr | $130.00 |
| 9/18/2013 | ECB | Teleconference with Accountant L. West regarding assets of estate, pending settlement negotiations and tax consequences of same (.4) compile and forward tax returns for debtor and Gofis Bros. Realty Management to accountant (.2) | 0.60 $325.00/ hr | $195.00 |
| 9/18/2013 | ECB | Prepare in-depth memos to Estate's accountant relating to case history and description of assets to be sold to family members (.8) recent tax returns filed Debtor and implications of same (.3) and recent tax returns filed by Gofis Bros. Really Management and tax implications to Estate re same (.4) | 1.50 $325.00/ hr | $487.50 |
| 9/20/2013 | ECB | Teleconference with Estate's accountant re tax implications of proposed settlement with Gofis family (.4) | 0.40 $325.00/ hr | $130.00 |
| 3/05/2014 | ECB | Review Debtor's 2012 Tax Return and supporting statements (.4) Prepare demand letter to Debtor for turnover of 1/2 of 2012 refund (.5)   Confer with Estate's accountant re losses on Debtor's 2012 return and other attributes Estate can use (.3) | 1.20 $325.00/ hr | $390.00 |
| 3/05/2014 | ECB | Legal research re allocation of joint income refunds between D and NFS | 2.00 $325.00/ hr | $650.00 |

**Baldi Berg, Ltd**

Gofis - Tax Matters

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/06/2014 | ECB | Continue legal research on allocation of tax refund between D and NFS where D's generates sizable loss resulting in eradication of taxable income | 1.50 $325.00/ hr | $487.50 |
| 3/06/2014 | ECB | Work on calculations for hypothetical status as married filing separately ; Teleconference with Estate's accountant re same | 3.00 $325.00/ hr | $975.00 |
| 3/07/2014 | ECB | Legal research on Income approach, Withholdings approach and 50/50 approach to division of income refunds as between debtor taxpayers and their non-filing spouses (3.5) Prep spreadsheets and calculate Demetri and Dina Gofis' share of $34,000 income tax refunds for 2012 pursuant to each method (1.7) Confer with counsel re same (.4) | 5.60 $325.00/ hr | $1,820.00 |
| 3/10/2014 | ECB | Legal research on tax allocation issue | 2.50 $325.00/ hr | $812.50 |
| 3/12/2014 | ECB | Continue research and drafting letter re turnover of tax refunds | 2.30 $325.00/ hr | $747.50 |
| 3/25/2014 | ECB | Continued research on allocation of tax refund (2.4) Work on turnover demand letter and recitation of case law letter to B. Benjamin (1.3) | 3.70 $325.00/ hr | $1,202.50 |
| 3/27/2014 | ECB | Finalize demand and settlement offer letter re Debtor's 2012 income tax refund | 2.00 $325.00/ hr | $650.00 |
| 4/04/2014 | ECB | Exchange emails with Debtor's counsel regarding status of demand for turnover of 2013 tax refund | 0.20 $325.00/ hr | $65.00 |
| 4/11/2014 | ECB | Teleconference with Debtor's counsel re response to demand for turnover; Reject settlement offer and propose counter offer | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - Tax Matters

| Date | Atty | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 4/16/2014 | JDL | Conference w/ ECB regarding preparation of motion to settle claims relating to joint income tax refund. | 0.20<br>$250.00/ hr | $50.00 |
| 4/17/2014 | JDL | Draft motion to compromise or settle claims with debtor on account of tax refunds. | 2.10<br>$250.00/ hr | $525.00 |
| 4/18/2014 | JDL | Prepare notice per 2002 on Motion to Settle Claims with Debtor (tax refund) (.5) Draft proposed order re: same (.2) Finalize motion to settle claims (.7) | 1.40<br>$250.00/ hr | $350.00 |
| 5/09/2014 | JDL | Appear in court on motion to settle claims - tax refunds. | 0.60<br>$250.00/ hr | $150.00 |
| 5/13/2014 | ECB | Review signed order approving settlement and send demand to Debtor's counsel re down payment for same | 0.20<br>$325.00/ hr | $65.00 |
| 6/18/2014 | ECB | Respond to correspondence from D's counsel re satisfaction of settlement | 0.10<br>$325.00/ hr | $32.50 |
| 6/19/2014 | JMM | Review case file and Trustee's Letter to Debtor's Counsel (.3), Draft General Mutual Release re: Debtor's 2012 Tax Refund (.8) | 1.10<br>$175.00/ hr | $192.50 |
| 6/26/2014 | ECB | Revise Release relating to tax refund settlement | 0.50<br>$325.00/ hr | $162.50 |
| 6/27/2014 | JMM | Review Trustee's edits and edit General Release re: Tax Refund Claim (.5) | 0.50<br>$175.00/ hr | $87.50 |
| 7/01/2014 | ECB | Final revisions to release for tax refund settlement (.1) Correspondence to Bob Benjamin re execution of same (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 7/01/2014 | JMM | Final edits to Mutual Release (.2), Draft Letter to Debtor's Counsel re: Same (.2), Trip to Debtor's Counsel office (.1) | 0.50<br>$175.00/ hr | $87.50 |

**Baldi Berg, Ltd**

6/07/2015

Gofis - Tax Matters

| 8/14/2014 | ECB | Teleconference with L. West re status of prep of final tax return | 0.20 $325.00/ hr | $65.00 |
| 9/12/2014 | JMM | Draft Letter to IRS re: 2013 Tax Return Filing (.5), Draft Letter to IDOR re: 2013 Tax Return (.5), Draft Prompt Determination Letter to IRS (.3), Draft Prompt Determination Letter to IDOR (.3) | 1.60 $175.00/ hr | $280.00 |

Total Fees    $10,952.50

### Expenses

| Start Date | Description | Quantity | Charges |
| --- | --- | --- | --- |
| 4/18/2014 | Notice of Hearing on Trustee's Motion to Approve Compromise or Settle sent to 38 creditors (38 x $.48 = $18.24) | 1.00 @ /each | $18.24 |
| 4/18/2014 | Copies-Notice of Hearing on Trustee's Motion to Approve Compromise or Settle (1 pg x 38 creditors x $.10/pg =) | 38.00 @ /each | $3.80 |
| 9/12/2014 | Letter to IRS re: 2013 Tax Return sent via certified mail ($7.61) + Letter to IDOR re: 2013 Tax Return sent via certified mail ($7.40) + Prompt Determination Letter to IRS ($1.61) + Prompt Determination Letter to IDOR ($1.11) = | 1.00 @ /each | $17.73 |

Total Expenses    $39.77

Total New Charges    $10,992.27

Previous Balance    $0.00

Balance Due    $10,992.27

### Timekeeper Summary

| Name | Hours | Rate |
| --- | --- | --- |
| Elizabeth C Berg | 28.40 | $325.00 |
| Julia D Loper | 4.30 | $250.00 |
| Jason M Manola | 3.70 | $175.00 |

**Baldi Berg, Ltd.**                                                    **Demetri Gofis, Debtor**
**Final Fee Application**                                              **Case No. 13-02953**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |  |
|---|---|---|---|
| Demetri Gofis, | ) | Chapter 7 |
|  | ) |  |
|  | ) | Case No. 13-02953 |
|  | ) |  |
| Debtor. | ) | Honorable Donald R. Cassling |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook      )

  I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

  1.  I am a shareholder of Baldi Berg, Ltd. and am authorized to execute this affidavit on its behalf.

  2.  I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

  3.  A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

  4.  Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

  5.  Further affiant sayeth naught.

            _Elizabeth C. Berg_
            Elizabeth C. Berg

Subscribed and Sworn to before me
this _12_ day of June, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**