UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Demetri Gofis, | ) | Case No. 13-02953 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: July 31, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:   Popowcer Katten, Ltd.

Authorized to Provide
Professional Services as:   Accountants to Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:   October 3, 2013

Period for Which
Compensation is sought:   March 5, 2014 through September 8, 2014

Amount of Fees sought:   $2,058.00

Amount of Expense
Reimbursement sought:   $5.50

This is an:   Interim Application __      Final Application _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $ ____-0-____ .

Dated: July 7, 2015                                    Popowcer Katten, Ltd.

                                              By:   /s/Elizabeth C. Berg, Trustee
                                                    Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| Demetri Gofis, ) | Case No. 13-02953 |
| ) | |
| Debtor. ) | Hon. Donald R. Cassling |
| ) | Hearing Date:  July 31, 2015 |
| ) | Hearing Time:  10:30 a.m. |

**Trustee's First and Final Application for Allowance and Payment of Compensation
and Expense Reimbursement of Popowcer Katten, Ltd., Accountants for Trustee**

Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Demetri Gofis, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of $2,058.00 as final compensation for professional services rendered to the Trustee and $5.50 as reimbursement for actual expenses incurred from March 5, 2014 through September 8, 2014. In support thereof, Trustee respectfully states as follows:

**Introduction**

1.  On January 25, 2013, the Debtor filed a voluntary petition for relief under chapter 7 of the Code.

2.  Elizabeth C. Berg is the duly appointed, qualified and acting successor chapter 7 trustee in this case.

3.  The bar date for filing claims in this case was September 13, 2013.

**Retention of Popowcer**

4.  On October 3, 2013, this Court authorized the Trustee to employ Popowcer as her accountants in this case.  A copy of the retention order is attached hereto as Exhibit A.

**Prior Compensation and Expense Reimbursement Received**

5.  This is the first and final application for compensation and expense reimbursement that Popowcer will file in this case.

**Services Rendered and Expenses Incurred by Popowcer**

6. The services rendered by Popowcer have been in connection with the preparation of the Estate's tax returns for the year ending December 31, 2013 and tax consultation with the Trustee regarding the allocation of tax refund due. In connection with the tax returns filed with the Internal Revenue Service and the Illinois Department of Revenue, Popowcer prepared working papers and prepared all returns and supporting schedules. In addition, Popowcer analyzed the Debtor's 2012 tax return and advised the Trustee regarding the appropriate allocation of the tax refund between the Debtor and his non-filing spouse. Ultimately, the Trustee recovered $20,000.00 on account of the Debtor's interest in the 2012 tax refund.

In connection with the foregoing services, Popowcer performed 8.40 hours of service and requests allowance and payment of final compensation in the amount of $2,058.00. An itemized description of the services rendered to Trustee is set forth on the invoice attached hereto as Exhibit B.

7. In connection with the services rendered, Popowcer incurred actual and necessary expenses in the amount of $5.50 for which it requests reimbursement. The expenses represent the cost of postage to deliver the prepared Estate tax returns to the Trustee and are itemized on the billing statement attached hereto as Exhibit B.

8. All of the services performed by Popowcer and expenses incurred were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Popowcer at the request and direction of the Trustee.

**Payment of Compensation and Expense Reimbursement**

9. Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation or expense reimbursement

2

to be received by Popowcer for services rendered to the Trustee or expenses incurred in connection with this case.

10. Popowcer has not previously received payment of any compensation for services rendered or reimbursement of expenses incurred in connection with this case. The affidavit of Lois West in support of this Application is attached as Exhibit C.

11. The proposed source for payment of the compensation and expense reimbursement requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

## Status of the Case

12. Trustee has administered all of the assets belonging to this Estate and has completed her review and analysis of the claims filed against the Estate.

13. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee, Trustee's special counsel and Trustee's attorneys have also been filed concurrently with this Application.

## Financial Condition of the Case

14. Trustee currently has approximately $86,700.00 on deposit in the Estate's bank account. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg, Ltd. in connection with its final fee application , 3) the fees allowed to Popowcer in connection with this final fee application, 4) the fees allowed to Metrou & Associates in connection with its fee application as special counsel to the Trustee, and 5) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

3

15. Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates that there will be sufficient funds to make a distribution to general unsecured creditors.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Demetri Gofis, Debtor requests the entry of an order providing the following:

A. Allowing to Popowcer final compensation in the amount of $2,058.00 for actual and necessary professional services rendered to the Trustee from March 5, 2014 through September 8, 2014;

B. Allowing to Popowcer reimbursement of actual expenses incurred in the amount of $5.50;

C. Authorizing the Trustee to pay the amounts awarded as part of her final distribution in this case from the funds on hand in the Estate; and

D. For such other and further relief as this Court deems appropriate.

Dated: June 5, 2015                    Elizabeth C. Berg, as trustee of the estate of
                                       Demetri Gofis, debtor


                                       By:____/s/Elizabeth C. Berg_____
                                             One of her Attorneys

Elizabeth C. Berg
Attorney I.D. No. 6200886
20 N. Clark St., Suite 200
Chicago, IL  60602
312.726.8150

4

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-02953 |
| | ) | |
| Demetri Gofis, | ) | Chapter: 7 |
| | ) | Honorable Carol Doyle |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ Accountants**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Accountants and the supporting affidavit of Lois West; due and proper notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Demetri Gofis, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. to act as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: October 03, 2013

**Prepared by:**

Elizabeth C. Berg
Baldi Berg & Wallace, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602

**Popowcer Katten**  **Demetri Gofis, debtor**
**Final Fee Application**  **Case No. 13-02953**

**Billing Statements**

**Exhibit B**

Invoice No. 27895



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Demetri Gofis (13-02953)
- c/o Elizabeth C. Berg, Trustee
- Baldi, Berg & Wallace
- 20 N. Clark, Suite 200
- Chicago, IL 60602

**Date:** May 12, 2015                           **Account No.: BER1017L**

For Professional Services Rendered:

For accounting and tax services rendered for the period March 5, 2014 through September 8, 2014 including preparation of federal and state fiduciary income tax returns for the year ended December 31, 2013 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 8.4 | $ 245. | $ 2,058.00 |
| | Total fees: | 8.4 | | $ 2,058.00 |

Expenses:
Messenger Service 9/9/14                                                                 5.50

                                Total due:                                      $ 2,063.50

**ESTATE OF DEMETRI GOFIS (13-02953)**

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 3/5/2014 | Tax Consulting Services - Phone call with trustee re: net operating losses and allocation of tax refund issues. | 0.4 | L. West | $245 | 98.00 |
| 3/6/2014 | Tax Consulting Services - Prepare proforma return for Diana Gofis for 2012 using married filing separately status to assist trustee with request for portion of tax refund available from 2012. | 1.0 | L. West | $245 | 245.00 |
| 3/27/2014 | Tax Consulting Services - Prepare 1040 for Demetri as married filing separately for 2012 to assist trustee in support of request for tax refund ownership for 2012. | 0.5 | L. West | $245 | 122.50 |
| 9/5/2014 | Tax Return Preparation - Prepare workpapers for year ended 12/31/13. Calculate gain / loss on sale of multi unit building held in land trust, 2 parcels of property located in Greece and sale of partnership interest in a real estate LLC. | 3.5 | L. West | $245 | 857.50 |
| 9/7/2014 | Tax Return Preparation - Make revisions to workpapers and prepare federal and state fiduciary returns for year ended 12/31/13. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required and draft statement for attachment to returns re: bankruptcy filing. | 2.7 | L. West | $245 | 661.50 |
| 9/8/2014 | Tax Review - Final review check assembly and sign fiduciary returns for year 12/31/13 - forms 1041/1040 and IL-1041/IL-1040. | 0.3 | L. West | $245 | 73.50 |
| | Total | 8.4 | | | 2,058.00 |

1

**Popowcer Katten**  **Demetri Gofis, debtor**
**Final Fee Application**  **Case No. 13-02953**

**Rule 2016 Affidavit**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Demetri Gofis, | ) | Case No. 13-02953 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

**Rule 2016 Affidavit**

State of Illinois   )
County of Cook    )

I, Lois West, being first duly sworn upon oath, do depose and state as follows:

1. I am a certified public accountant licensed by the State of Illinois and a manager in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Popowcer Katten, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer Katten, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Popowcer Katten, Ltd. has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Popowcer Katten, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Popowcer Katten, Ltd.

4. Further affiant sayeth naught.

_____
Lois West

Subscribed and Sworn to before me
this ___ day of June 2015

_____
Notary Public