UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Demetri Gofis, | ) | Case No. 13-02953 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: July 31, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Metrou & Associates, P.C. |
| Authorized to Provide Professional Services as: | Special Counsel to Elizabeth C. Berg, Trustee |
| Date of Order Authorizing Employment: | August 22, 2013 |
| Period for Which Compensation is sought: | June 5, 2013 through December 18, 2014 |
| Amount of Fees sought: | $825.00 |
| Amount of Expense Reimbursement sought: | $0.00 |

This is an:    Interim Application __    Final Application _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is: $ ____-0-____.

Dated: July 7, 2015                                                    Metrou & Associates, P.C.

                                                                    By:  /s/Elizabeth C. Berg, Trustee
                                                                         Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| Demetri Gofis, ) | Case No. 13-02953 |
| ) | |
| Debtor. ) | Hon. Donald R. Cassling |
| ) | Hearing Date: July 31, 2015 |
| ) | Hearing Time: 10:30 a.m. |

**Trustee's First and Final Application for Allowance and Payment of Compensation
To Metrou & Associates, P.C. as Special Counsel for Trustee**

Elizabeth C. Berg, as successor trustee ("Trustee") of the estate ("Estate") of Demetri Gofis, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Metrou & Associates, P.C. ("Metrou") of $825.00 as final compensation for professional services rendered to the Trustee from June 5, 2013 through December 18, 2014. In support thereof, Trustee respectfully states as follows:

### Introduction

1. On January 25, 2013, the Debtor filed a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting successor chapter 7 trustee in this case.

3. The bar date for filing claims in this case was September 13, 2013.

### Retention of Metrou

4. On August 22, 2013, this Court authorized the Trustee to employ Metrou as her special counsel in this case. A copy of the retention order is attached hereto as Exhibit A.

### Prior Compensation Received

5. This is the first and final application for compensation that Metrou will file in this case.

**Services Rendered by Metrou**

6.      The services rendered by Metrou have been in connection advising the Trustee regarding the Estate's interest in two parcels of real property located in Greece ("Greek Properties") including advising the Trustee regarding the appraised value of Greek Properties and the procedures necessary to transfer the Greek Properties.

In connection with the foregoing services, Metrou performed 3.00 hours of service and requests allowance and payment of final compensation in the amount of $825.00.  An itemized description of the services rendered to Trustee is set forth on the invoice attached hereto as Exhibit B.

7.      All of the services performed by Metrou were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Metrou at the request and direction of the Trustee.

**Payment of Compensation**

8.      Metrou has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation to be received by Metrou for services rendered to the Trustee in connection with this case.

9.      Metrou has not previously received payment of any compensation for services rendered in connection with this case.   The affidavit of Peter N. Metrou in support of this Application is attached as Exhibit C.

10.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

**Status of the Case**

11.     Trustee has administered all of the assets belonging to this Estate and has completed her review and analysis of the claims filed against the Estate.

2

12. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee, Trustee's accountants and Trustee's attorneys have also been filed concurrently with this Application.

**Financial Condition of the Case**

13. Trustee currently has approximately $86,700.00 on deposit in the Estate's bank account. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg, Ltd. in connection with its final fee application as Trustee's attorneys, 3) the fees allowed to Popowcer Katten, Ltd. in connection with its final fee application as Trustee's accountants, 4) the fees allowed to Metrou in connection with this Application, and 5) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14. Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates that there will be sufficient funds to make a distribution to general unsecured creditors.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Demetri Gofis, Debtor requests the entry of an order providing the following:

A. Allowing to Metrou final compensation in the amount of $825.00 for actual and necessary professional services rendered to the Trustee from June 5, 2014 through December 8, 2014;

B. Authorizing the Trustee to pay the amount awarded as part of her final distribution in this case from the funds on hand in the Estate; and

3

      C.      For such other and further relief as this Court deems appropriate.

Dated: June 9, 2015      Elizabeth C. Berg, as trustee of the estate of Demetri Gofis, debtor

By:   /s/Elizabeth C. Berg
     One of her Attorneys

Elizabeth C. Berg
Attorney I.D. No. 6200886
20 N. Clark St., Suite 200
Chicago, IL  60602
312.726.8150

4

**Metrou & Associates, P.C.**                                    **Demetri Gofis, debtor**
**Final Fee Application**                                              **Case No. 13-02953**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 13-02953
Demetri Gofis  )
 )
 )  Chapter: 7
 )  Honorable Carol A. Doyle
 )
 )  Kane
Debtor(s)  )

**Order Authorizing Trustee to Employ Special Counsel - Peter Metrou**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Special Counsel - Peter Metrou and the supporting affidavit of Peter Metrou; due and proper notice having been provided; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Demetri Gofis, debtor, is authorized to employ Peter Metrou to act as special counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: August 22, 2013

**Prepared by:**

Elizabeth C. Berg
Julia D. Loper
Baldi Berg & Wallace
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Metrou & Associates, P.C.**            **Demetri Gofis, debtor**
**Final Fee Application**            **Case No. 13-02953**

**Billing Statements**

**Exhibit B**

Metrou & Associates, P.C.
123 West Washington Street
Suite 216
Oswego, Illinois 60543

Berg, Elizabeth
20 N. Clark Street
Suite 200
Chicago, IL 60602

December 30, 2014

Special Counsel on Trustee Matter, Demetri Gofis 13-02953

**Fees:** Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/05/13 | MNN | Receipt and review of email from trustee. | 0.15 | $41.25 |
| 06/06/13 | MNN | Phone call with trustee regarding issues of valuing and selling real estate in Greece. | 0.40 | $110.00 |
| 07/08/13 | MNN | Review and research documents from trustee regarding appraisals to real estate located in Greece. | 1.50 | $412.50 |
| 08/16/13 | MNN | Phone call with Trustee to discuss appraisals and other issues concerning sale of properties in Greece. | 0.25 | $68.75 |
| 08/19/13 | MNN | Receipt and review of email from Trustee regarding settlement discussions of debtor's family. | 0.10 | $27.50 |
| 08/29/13 | MNN | Receipt and review of email from Trustee regarding status of sale preparations and recommendations regarding proposed settlement. Phone call with Trustee regarding the same. | 0.50 | $137.50 |
| 12/18/14 | MNN | Receipt and review of email from Trustee regarding assistance in transferring real estate in Greece per settlement agreement. | 0.10 | $27.50 |

Hours: 3.00
Total fees: $825.00

Special Counsel on Trustee Matter, Demetri Gofis 13-02953                December 30, 2014
                                                                                   Page 2

**Billing Summary**

|  |  |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 825.00 |
| **Total now due** | **$825.00** |

**Metrou & Associates, P.C.**                              **Demetri Gofis, debtor**
**Final Fee Application**                                  **Case No. 13-02953**

**Rule 2016 Affidavit**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Demetri Gofis, | ) | Case No. 13-02953 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

**Rule 2016 Affidavit**

State of Illinois   )
County of Cook     )

I, Peter N. Metrou, being first duly sworn upon oath, do depose and state as follows:

1. I am a principal of the law firm of Metrou & Associates, P.C. and am authorized to execute this affidavit on its behalf.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Metrou & Associates, P.C., as special counsel for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Metrou & Associates, P.C. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Metrou & Associates, P.C. has not previously received payment of any compensation for services rendered in connection with this case. Metrou & Associates, P.C. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Metrou & Associates, P.C.

4. Further affiant sayeth naught.

_____
Peter N. Metrou

Subscribed and Sworn to before me
this 16 day of June 2015

_____
Notary Public

OFFICIAL SEAL
LYNN MARTNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/23/18