# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOFIS, DEMETRI | § | Case No. 13-02953 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  United States Bankruptcy Court
  219 S. Dearborn Street
  7th Floor
  Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
    10:30 a.m.
    on July 31, 2015
    in Courtroom 240 of the Kane County Courthouse
    100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GOFIS, DEMETRI § Case No. 13-02953
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 98,658.57 |
| and approved disbursements of | $ | 11,913.39 |
| leaving a balance on hand of[1] | $ | 86,745.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | OLD PLANK TRAIL COMMUNITY BANK | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004A | Suburban Bank & Trust Company | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 86,745.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 8,057.93 | $ 0.00 | $ 8,057.93 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 30,000.00 | $ 0.00 | $ 30,000.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 179.87 | $ 0.00 | $ 179.87 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 2,058.00 | $ 0.00 | $ 2,058.00 |
| Accountant for Trustee Expenses: Popowcer Katten Ltd. | $ 5.50 | $ 0.00 | $ 5.50 |
| Other: Department of the Treasury | $ 3,663.00 | $ 3,663.00 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 74.24 | $ 74.24 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 3,806.00 | $ 3,806.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 49.80 | $ 49.80 | $ 0.00 |
| Other: Peter Metrou | $ 825.00 | $ 0.00 | $ 825.00 |

Total to be paid for chapter 7 administrative expenses    $ 41,126.30

Remaining Balance    $ 45,618.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Department of the Treasury | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $ 0.00

Remaining Balance    $ 45,618.88

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,665,143.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | TCF National Bank | $ 1,665,143.63 | $ 0.00 | $ 45,618.88 |
| 000005A | Andrew Gofis | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | Katherine Gofis | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | Nancy Gofis | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | Spiros Gofis | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Gofis Brothers Realty Management, LLC | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     45,618.88

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg, Trustee*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 13-02953-DRC
Demetri Gofis                                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: adragonet              Page 1 of 2                  Date Rcvd: Jul 07, 2015
                                Form ID: pdf006              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2015.
db            +Demetri Gofis,    38 W. 435 Cloverfield,    Saint Charles, IL 60175-6627
19964220      +6 Corners Properties, Inc.,    c/o John Xenos,    222 W. Erie, #2604,    Chicago, IL 60654-4839
19964221      +Andew Gofis,    14100 S. 85th Ave,    Orland Park, IL 60462-4283
19964222      +Andrew Gofis,    7383 S. Madison St.,    Willowbrook, IL 60527-5554
19964223      +Apix LLC,    c/o John Xenos,    222 W. Erie, #2604,    Chicago, IL 60654-4839
19964224      +Bank of America,    PO Box 650070,    Dallas, TX 75265-0070
19964226      +Dina S. Gofis,    38 W. 435 Cloverfield,    Saint Charles, IL 60175-6627
19964227      +First United Bank,    7626 W. Lincoln Hwy.,    Frankfort, IL 60423-9405
19964229      +GX Orland Park 2, LLC,    38W 435 Cloverfield Rd,    Saint Charles, IL 60175-6627
19964230      +GX Orland Park 3, LLC,    38w435 Cloverfield Rd,    Saint Charles, IL 60175-6627
19964228      +Gofis Brothers Realty Management, LLC,    10029 S. Parke Ave,    Oak Lawn, IL 60453-4015
19964231       Illinois Department of Revenue,    P.O. Box 64338,    Chicago, IL 60664-0338
19964232      +John Xenos,    222 W. Erie #2604,    Chicago, IL 60654-4839
19964233      +John Xenos,    222 W. Erie St.,    Apt. 2604,    Chicago, IL 60654-4839
19964234      +Katherine Gofis,    10029 S. Parke Ave,    Oak Lawn, IL 60453-4015
19964235      +Kioxin, Inc.,    18 Executive Ct,    South Barrington, IL 60010-9506
19964236      +Nancy Gofis,    10029 S. Parke Ave,    Oak Lawn, IL 60453-4015
20615966      +OLD PLANK TRAIL COMMUNITY BANK,    FRANCIS J PENDERGAST III/CROWLEY&LAMB PC,
                221 N. LASALLE STREET, SUITE 1550,    CHICAGO, ILLINOIS 60601-1224
19964237      +Schall Development, Inc.,    26774 Longmeadow Circle,    Mundelein, IL 60060-3364
19964238      +Sperry Van Ness,    112 S. Sangamon,    2nd Floor,    Chicago, IL 60607-2990
19964239      +Spiros Gofis,    14100 S. 85th Ave,    Orland Park, IL 60462-4283
19964241       Stahl Cowen Crowley LLC,    c/o Baker & Miller, P.C.,    29 W. Wacker Dr., Ste. 500,
                Chicago, IL 60606
19964242      +Suburban Bank & Trust Company,    c/o Clay Belongia,    150 Butterfield Road,
                Elmhurst, IL 60126-5198
19964243      +T2 Capital Management, LLC,    101 E. Front St., Ste. 100,    Attn: Jeff Brown,
                Wheaton, IL 60187-5319
19964244      +T2 DVA Orland Park, LLC,    111 W. Wesley,    Ste. 5,    Wheaton, IL 60187-5136
19964245      +TBCC,    c/o Christina K. Mennie,    220 E. High Street, Ste 104,    Hennepin, IL 61327-9515
19964246      +TCF Bank,    101 E. 5th St.,    Ste. 101,    Saint Paul, MN 55101-1898
19964247      +TCF National Bank,    c/o Ruff, Weidenaar & Reidy,    222 N. LaSalle St. Ste 700,
                Chicago, IL 60601-1024
19964248      +TD Auto Finance,    P.O. Box 9001921,    Louisville, KY 40290-1921
19993473      +TD Auto Finance, L.L.C.,    c/o Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,
                St. Louis, MO 63105-1960
19964249      +Travelers,    P.O. Box 26385,    Richmond, VA 23260-6385
19964251      +TruGreen,    Attn Accts Receivable,    13520 Kenton,    Crestwood, IL 60445-1958
19964252      +Tyco Integrated Security,    10405 Crosspoint Blvd.,    Indianapolis, IN 46256-3323
19964253      +USI Real Estate Brokerage Services,    c/o Johnson Controls, Inc.,    507 E. Michigan St. M-13,
                Milwaukee, WI 53202-5202
19964254      +WT Engineering, Inc.,    2675 Pratum Ave.,    Hoffman Estates, IL 60192-3703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19964225       E-mail/Text: cio.bncmail@irs.gov Jul 08 2015 01:23:23      Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
19964250      +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 08 2015 01:24:21       TruGreen,
                c/o Transworld Systems,    507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19964240*     +Spiros Gofis,    14100 S. 85th Ave.,    Orland Park, IL 60462-4283
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: Jul 07, 2015
                               Form ID: pdf006              Total Noticed: 37
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2015 at the address(es) listed below:
              Cynthia G. Feeley    on behalf of Creditor    Suburban Bank & Trust Company feeleypc@aol.com
              Elizabeth C Berg    on behalf of Spec. Counsel    Metrou & Associates P.C.
               bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Accountant    Popowcer Katten Ltd bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Attorney    Baldi Berg, Ltd. bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Francis J. Pendergast, III    on behalf of Creditor    Old Plank Trail Community Bank
               fpendergast@crowleylamb.com,    ibenavides@crowleylamb.com;docket@crowleylamb.com
              Jonathan D. Golding    on behalf of Interested Party Andrew  Gofis jgolding@goldinglaw.net
              Jonathan D. Golding    on behalf of Interested Party Spiros  Gofis jgolding@goldinglaw.net
              Julia D Loper    on behalf of Trustee Elizabeth C Berg jloper@baldiberg.com
              Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC  f/k/a Chrysler Financial Services
                Americas, L.L.C. iln@riezmanberger.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Elizabeth C Berg metrouassociates@sbcglobal.net
              Robert R Benjamin    on behalf of Debtor Demetri  Gofis rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;wstefaniak@golanchri
               stie.com;smccauley@golanchristie.com
                                                                                             TOTAL: 14
```