# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
GOFIS, DEMETRI § Case No. 13-02953
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 312,281.00                         Assets Exempt: 23,698.50
*(Without deducting any secured claims)*

Total Distributions to Claimants: 45,618.88          Claims Discharged
                                                     Without Payment: 4,605,503.79

Total Expenses of Administration: 50,539.69

---

3) Total gross receipts of $ 98,658.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,500.00 (see **Exhibit 2**), yielded net receipts of $ 96,158.57 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 811,765.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 50,539.69 | 50,539.69 | 50,539.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 65,694.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,222,826.72 | 1,665,143.63 | 1,665,143.63 | 45,618.88 |
| **TOTAL DISBURSEMENTS** | $ 8,100,285.72 | $ 1,715,683.32 | $ 1,715,683.32 | $ 96,158.57 |

   4) This case was originally filed under chapter 7 on 01/25/2013 . The case was pending for 32 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 09/16/2015            By:/s/Elizabeth C. Berg, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 10,000.00 |
| 17% Member of Gofis Brothers Realty Management: Pr | 1110-000 | 5,000.00 |
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 60,000.00 |
| Tax Refund | 1224-000 | 20,000.00 |
| Tax Refund | 1224-000 | 5.79 |
| Tax Refund | 1224-000 | 3,652.78 |
| **TOTAL GROSS RECEIPTS** | | **$98,658.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Demetri Gofis | Exemptions | 8100-000 | 2,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,500.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First United Bank 7626 W. Lincoln Hwy Frankfort, IL 60423 | | 291,122.00 | NA | NA | 0.00 |
| | Suburban Bank & Trust Company 150 Butterfield Road 2nd Floor Elmhurst, IL 60126 | | 300,030.00 | NA | NA | 0.00 |
| | Suburban Bank & Trust Company 150 Butterfield Road 2nd Floor Elmhurst, IL 60126 | | 199,646.00 | NA | NA | 0.00 |
| | TD Auto Finance P.O. Box 9001921 Louisville, KY 40290 | | 20,967.00 | NA | NA | 0.00 |
| 000001 | OLD PLANK TRAIL COMMUNITY BANK | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 000004A | SUBURBAN BANK & TRUST COMPANY | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 811,765.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 8,057.93 | 8,057.93 | 8,057.93 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 74.24 | 74.24 | 74.24 |
| INTL SURETIES | 2300-000 | NA | 49.80 | 49.80 | 49.80 |
| Associated Bank | 2600-000 | NA | 1,810.35 | 1,810.35 | 1,810.35 |
| CONGRESSIONAL BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 3,663.00 | 3,663.00 | 3,663.00 |
| IDOR | 2820-000 | NA | 3,806.00 | 3,806.00 | 3,806.00 |
| BALDI BERG | 3110-000 | NA | 30,000.00 | 30,000.00 | 30,000.00 |
| BALDI BERG | 3120-000 | NA | 179.87 | 179.87 | 179.87 |
| METROU | 3210-000 | NA | 825.00 | 825.00 | 825.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 2,058.00 | 2,058.00 | 2,058.00 |
| POPOWCER KATTEN, LTD. | 3420-000 | NA | 5.50 | 5.50 | 5.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 50,539.69 | $ 50,539.69 | $ 50,539.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Treasury- IRS ACS Support- Stop 813G P.O. Box 145566 Cincinnati, OH 45250 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue P.O. Box 64338 Chicago, IL 60664-0338 | | 65,694.00 | NA | NA | 0.00 |
| 000002 | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 65,694.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andew Gofis 14100 S. 85th Ave Orland Park, IL 60462 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 650070 Dallas, TX 75265 | | 374,414.00 | NA | NA | 0.00 |
| | John Xenos 222 W. Erie #2604 Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Katherine Gofis 10029 S. Parke Ave Oak Lawn, IL 60453 | | 0.00 | NA | NA | 0.00 |
| | Kioxin, Inc. 18 Executive Ct South Barrington, IL 60010 | | 3,717.72 | NA | NA | 0.00 |
| | Nancy Gofis 10029 S. Parke Ave Oak Lawn, IL 60453 | | 0.00 | NA | NA | 0.00 |
| | Schall Development, Inc. 26774 Longmeadow Circle Mundelein, IL 60060 | | 7,500.00 | NA | NA | 0.00 |
| | Sperry Van Ness 112 S. Sangamon 2nd Floor Chicago, IL 60607 | | 33,870.00 | NA | NA | 0.00 |
| | Spiros Gofis 14100 S. 85th Ave Orland Park, IL 60462 | | 0.00 | NA | NA | 0.00 |
| | Stahl Cowen Crowley LLC c/o Baker & Miller, P.C. 29 W. Wacker Dr., Ste. 500 Chicago, IL 60606 | | 9,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban Bank & Trust Company 150 Butterfield Road 2nd Floor Elmhurst, IL 60126 | | 999,929.00 | NA | NA | 0.00 |
| | Suburban Bank & Trust Company 150 Butterfield Road 2nd Floor Elmhurst, IL 60126 | | 210,491.00 | NA | NA | 0.00 |
| | Suburban Bank & Trust Company 150 Butterfield Road 2nd Floor Elmhurst, IL 60126 | | 509,736.00 | NA | NA | 0.00 |
| | Suburban Bank & Trust Company 150 Butterfield Road 2nd Floor Elmhurst, IL 60126 | | 245,800.00 | NA | NA | 0.00 |
| | T2 Capital Management, LLC 101 E. Front St., Ste. 100 Attn: Jeff Brown Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | T2 DVA Orland Park, LLC 111 W. Wesley Ste. 5 Wheaton, IL 60187 | | 330,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TBCC c/o Christina K. Mennie 220 E. High Street, Ste 104 Hennepin, IL 61327-0137 | | 75,000.00 | NA | NA | 0.00 |
| | TCF Bank 101 E. 5th St. Ste. 101 Saint Paul, MN 55101 | | 48,000.00 | NA | NA | 0.00 |
| | Travelers P.O. Box 26385 Richmond, VA 23260 | | 1,500.00 | NA | NA | 0.00 |
| | TruGreen c/o Transworld Systems 507 Prudential Rd Horsham, PA 19044 | | 235.00 | NA | NA | 0.00 |
| | Tyco Integrated Security 10405 Crosspoint Blvd. Indianapolis, IN 46256 | | 180.00 | NA | NA | 0.00 |
| | USI Real Estate Brokerage Services c/o Johnson Controls, Inc. 507 E. Michigan St. M-13 Milwaukee, WI 53201 | | 67,000.00 | NA | NA | 0.00 |
| | WT Engineering, Inc. 2675 Pratum Ave. Hoffman Estates, IL 60192 | | 1,700.00 | NA | NA | 0.00 |
| 000005A | ANDREW GOFIS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | GOFIS BROTHERS REALTY MANAGEMENT, L | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000006 | KATHERINE GOFIS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000007 | NANCY GOFIS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | SPIROS GOFIS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000003 | TCF NATIONAL BANK | 7100-000 | 4,304,754.00 | 1,665,143.63 | 1,665,143.63 | 45,618.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 7,222,826.72 | $ 1,665,143.63 | $ 1,665,143.63 | $ 45,618.88 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 13-02953 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | GOFIS, DEMETRI | | | Date Filed (f) or Converted (c): | 01/25/13 (f) |
| | | | | 341(a) Meeting Date: | 04/29/13 |
| For Period Ending: | 09/16/15 | | | Claims Bar Date: | 09/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 41 Kalidromiou St. Ground Floor Athens, Greece (30 | 13,333.00 | 13,333.00 | | 5,000.00 | FA |
| 2. Mixed Use 10401 S. Cicero Ave Oak Lawn, IL | 284,500.00 | 0.00 | | 0.00 | FA |
| Property held in Illinois land trust. SEE Asset No. 17 -- This scheduled asset is duplicate of Asset No. 17. | | | | | |
| 3. Approx. 7 Acres Roumanaga, Loukas Tripolis (Mantin | 22,332.00 | 20,000.00 | | 5,000.00 | FA |
| 4. Chase Bank, Checking Acct (...5127) | 485.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank, Checking Acct (...4057) | 52.50 | 0.00 | | 0.00 | FA |
| 6. Chase Bank, Savings Acct | 15.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods and Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 9. NY Life $100,000 Whole Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. River Source Variable Universal Life Insurance $1, | 11,353.00 | 0.00 | | 0.00 | FA |
| 11. 529 Account No. 1 | 5,124.00 | 5,124.00 | | 0.00 | FA |
| 12. 529 Account No. 2 | 5,057.00 | 5,057.00 | | 0.00 | FA |
| 13. Chase Bank, Roth IRA | 5,093.00 | 0.00 | | 0.00 | FA |
| 14. 17% Member of Gofis Brothers Realty Management: Pr | 2,500.00 | 0.00 | | 5,000.00 | FA |
| 15. 50% Member of GX Orland Park 3, LLC Property 1: Mu | 0.00 | 0.00 | | 0.00 | FA |
| 16. 50% Member of GX Orland Park 2, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17. 25% Interest in Suburbank Bank & Trust #74-3223 | 284,500.00 | 100,000.00 | | 60,000.00 | FA |
| Asset is a duplicate of scheduled asset no. 2. Debtor's interest in land trust mistakenly scheduled as both real estate on Schedule A and personal property on Schedule B. | | | | | |
| 18. 2013 Kia Optima | 20,000.00 | 0.00 | | 0.00 | FA |
| 19. Tax Refund (u) | 0.00 | 15,000.00 | | 20,000.00 | FA |
| Debtor's 1/2 Interest in 2012 Federal & State Tax Refund | | | | | |
| 20. Tax Refund (u) | 0.00 | 5.79 | | 5.79 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-02953 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | GOFIS, DEMETRI | | | Date Filed (f) or Converted (c): | 01/25/13 (f) |
| | | | | 341(a) Meeting Date: | 04/29/13 |
| | | | | Claims Bar Date: | 09/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. 2013 State of Illinois Income Tax Refund Tax Refund (u) 2013 Federal Tax Refund | 0.00 | 3,652.78 | | 3,652.78 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $656,144.50 | $162,172.57 | | $98,658.57 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 30, 2014:  TR closed sale to Debtor's brother of Assets 1,3, 4 and 17 for total proceeds of $75,000.00:  TR challenged Debtor's allocation of income tax refunds as between himself and his non-filing spouse; Settled claim for refunds and collected $20,000 from Debtor;  All assets administered but trustee was unable to effectuate the transfer of parcels of Greek real estate (Assets 1 and 3) to brother under Greek law.  TR contacted Greek consulate in Chicago and retained special counsel for assistance in effectuating transfer.  Ultimately, Trustee disposed of the property pursuant to Section 725 of the Code and this Court's order dated 4/17/15.  Thereafter, Trustee resolved claim issues.

September 30, 2013:

EC Berg appointed successor in March 2013 upon retirement of former TR;  conducted 341 meeting thereafter. Trustee investigated the potential value of Debtor's interest in an Illinois land trust and the family real estate management LLC and (2) jointly owned properties located in Greece. Trustee is negotiating a sale of the Estate's right title and interest in all assets to Debtor's brother. Trustee anticipate a closing on sale by early December.  Plan to close case during first half of 22014.

LFORM1
UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-02953   DRC   Judge: DONALD R. CASSLING | Trustee Name:   Elizabeth C. Berg, Trustee |
| Case Name: | GOFIS, DEMETRI | Date Filed (f) or Converted (c):   01/25/13 (f) |
| | | 341(a) Meeting Date:   04/29/13 |
| | | Claims Bar Date:   09/13/13 |

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 06/30/15

LFORM1
UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 18.05

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-02953 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | GOFIS, DEMETRI | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5935  Checking Account |
| Taxpayer ID No: | *******5591 | | |
| For Period Ending: | 09/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,990.00 | | 4,990.00 |
| 01/07/14 | 1, 3, 17 | Suburban Bank & Trust | Sale Proceeds - Real Estate | | 70,000.00 | | 74,990.00 |
| | | 150 Butterfield Road | | | | | |
| | | Elmhurst, IL 60126 | | | | | |
| | | GOFIS, ANDREW | Memo Amount:      60,000.00 | 1129-000 | | | |
| | | | Sale Proceeds - Land Trust (ABI) | | | | |
| | | GOFIS, ANDREW | Memo Amount:      10,000.00 | 1110-000 | | | |
| | | | Sale Proceeds - Real Estate | | | | |
| 01/08/14 | 005001 | Demetri Gofis | Debtor's Exemption | 8100-000 | | 2,500.00 | 72,490.00 |
| | | 38W435 Cloverfield | Gofis Bros. Realty Mgmt | | | | |
| | | Saint Charles  IL  60175 | per ct order dtd 11/21/2013 | | | | |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 72,480.00 |
| 02/06/14 | 005002 | International Sureties, Ltd. | 2013 Bond Premium | 2300-000 | | 49.80 | 72,430.20 |
| | | Suite 420 | Bond Number:  #016026455 | | | | |
| | | 701Poydras Street | | | | | |
| | | New Orleans,  LA  70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 96.70 | 72,333.50 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 97.16 | 72,236.34 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 107.39 | 72,128.95 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 103.78 | 72,025.17 |
| 05/22/14 | 19 | Demetri Gofis | 1/2 INTEREST IN 2012 TAX RETURN | 1224-000 | 15,000.00 | | 87,025.17 |
| | | 38W435 Cloverfield | | | | | |
| | | Saint Charles  IL  60175 | | | | | |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 114.27 | 86,910.90 |
| 06/17/14 | 19 | Demetri Gofis | SETTLEMENT - 1/2 INT TAX RETURN | 1224-000 | 5,000.00 | | 91,910.90 |
| | | 38W435 Cloverfield | | | | | |
| | | Saint Charles  IL  60175 | | | | | |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 128.39 | 91,782.51 |

Page Subtotals    94,990.00    3,207.49

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-02953 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | GOFIS, DEMETRI | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5935 Checking Account |
| Taxpayer ID No: | *******5591 | | | |
| For Period Ending: | 09/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 136.46 | 91,646.05 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 136.25 | 91,509.80 |
| 09/12/14 | 005003 | United States Treasury | 2013 Federal Income Tax Due | 2810-000 | | 3,663.00 | 87,846.80 |
| | | | 2013 Form 1041 | | | | |
| | | | EIN: 46-7135591 | | | | |
| 09/12/14 | 005004 | ILLINOIS DEPARTMENT OF REVENUE | 2013 STATE INCOME TAX DUE | 2820-000 | | 3,806.00 | 84,040.80 |
| | | P.O. BOX 19053 | 2013 State Income Tax Due for the Estate of Demetri | | | | |
| | | SPRINGFIELD, IL 62794-9053 | Gofis (13-02953) | | | | |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 127.37 | 83,913.43 |
| 10/20/14 | 20 | State of Illinois | 2013 STATE OF ILLINOIS TAX REFUND | 1224-000 | 5.79 | | 83,919.22 |
| | | Judy Barr Topinka, Comptroller | | | | | |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 124.76 | 83,794.46 |
| 11/21/14 | 21 | UNITED STATES TREASURY | 2013 Federal Tax Refund | 1224-000 | 3,652.78 | | 87,447.24 |
| | | KANSAS CITY, MO | | | | | |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 122.31 | 87,324.93 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 129.81 | 87,195.12 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 129.64 | 87,065.48 |
| 02/20/15 | 005005 | Arthur B. Levine Company | 2015 Bond Premium | 2300-000 | | 74.24 | 86,991.24 |
| | | Adams Levine | | | | | |
| | | 60 East 42nd Street | | | | | |
| | | New York NY 10165 | | | | | |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 116.91 | 86,874.33 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 129.15 | 86,745.18 |
| 08/04/15 | 005006 | Elizabeth C. Berg, Trustee | Trustee Final Compensation | 2100-000 | | 8,057.93 | 78,687.25 |
| | | c/o Baldi Berg, Ltd. | | | | | |
| | | 20 N. Clark Street #200 | | | | | |
| | | Chicago IL 60602 | | | | | |
| 08/04/15 | 005007 | Baldi Berg, Ltd. | TR's Attorney Fees | 3110-000 | | 30,000.00 | 48,687.25 |
| | | 20 N. Clark Street, Ste. 200 | | | | | |

Page Subtotals    3,658.57    46,753.83

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-02953 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | GOFIS, DEMETRI | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5935 Checking Account |
| Taxpayer ID No: | *******5591 | | | |
| For Period Ending: | 09/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/15 | 005008 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 179.87 | 48,507.38 |
| 08/04/15 | 005009 | Peter Metrou Metrou & Associates 123 West Washington Street Suite 216 Oswego IL 60543 | Attorney for TR Fees (Other Firm) | 3210-000 | | 825.00 | 47,682.38 |
| 08/04/15 | 005010 | Popowcer Katten Ltd. 35 East Wacker Drive Sutie 1500 Chicago IL 60601 | TR Accountant Fees | 3410-000 | | 2,058.00 | 45,624.38 |
| 08/04/15 | 005011 | Popowcer Katten Ltd. 35 East Wacker Drive Sutie 1500 Chicago IL 60601 | TR Accountant Fees | 3420-000 | | 5.50 | 45,618.88 |
| 08/04/15 | 005012 | TCF National Bank c/o Ruff, Weidenaar & Reidy 222 N. LaSalle St. Ste 700 Chicago, IL 60601 | Claim 000003, Payment 2.74% | 7100-000 | | 45,618.88 | 0.00 |

Page Subtotals  0.00  48,687.25

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-02953 -DRC |
| Case Name: | GOFIS, DEMETRI |
| Taxpayer ID No: | *******5591 |
| For Period Ending: | 09/16/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5935  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 70,000.00 | COLUMN TOTALS | 98,648.57 | 98,648.57 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 4,990.00 | 0.00 | |
| | | Subtotal | 93,658.57 | 98,648.57 | |
| Memo Allocation Net: | 70,000.00 | Less: Payments to Debtors | | 2,500.00 | |
| | | Net | 93,658.57 | 96,148.57 | |

Page Subtotals            0.00            0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

Page: 5

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-02953 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | GOFIS, DEMETRI | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0309  Checking Account |
| Taxpayer ID No: | *******5591 | | | |
| For Period Ending: | 09/16/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/20/13 | 14 | Andrew Gofis<br>Chase - Cashier's Check | SETTLEMENT: GOFIS BROS. REALTY MGMT | 1110-000 | 5,000.00 | | 5,000.00 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 4,990.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,990.00 | 0.00 |

|  | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 4,990.00 | |
| | | Subtotal | 5,000.00 | 10.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 5,000.00 | 10.00 | |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 70,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********5935 | 93,658.57 | 96,148.57 | 0.00 |
| | | Checking Account - ********0309 | 5,000.00 | 10.00 | 0.00 |
| Total Memo Allocation Net: | 70,000.00 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 98,658.57 | 96,158.57 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,000.00    5,000.00

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*